United States District Court
District of Connecticut

Thaddeus Taylor,          :    Civil No. 3:02CV229 (DJS)
    Plaintiff,
                          :    2003 OCT 27 P 5:22
    v.
                          :

John Armstrong, et al.,        October 20, 2003
    Defendant.

### Plaintiff's Motion For Court Order Directing The Defendants to Comply With Discovery Requests and Production of Documents in Possession of the Defendants

The Plaintiff Thaddeus Taylor, in his Prose capacity, in the above captioned case respectfully moves this Honorable Court to issue the appropriate order directing the defendants to immediately comply with the Plaintiff's Discovery Request(s), Interrogatories Requests, and Production of document(s) request(s)... Pursuant to Federal Rules Civil Procedure, Rule 37.

The Plaintiff also requests the Court to grant an additional (60) days for discovery after the defendants comply to the Plaintiff's first Request(s) for production of documents and Interrogatories[1]

---

[1] The Plaintiff respectfully submits to the Court that he was unable to make copies of these Requests & Interrogatories as a result of Prison officials stating that the copier machine in the "Protective Custody Unit" is broken and will be replace this week or so.

...to Allow the Plaintiff to conduct additional discovery as may be needed. (Defendant's Attorney AAGS, Steven Strom and Micheal Lanoue were properly served.)

Pursuant to Rule 37, F.R.Civ.P. the Plaintiff also submitted two letters to the defendants' counsel requesting that they immediately comply to the discovery request(s) and Interrogatories involving the "daily operations" of Cheshire CI and the Protective Custody unit. Neither, Attorney Strom or Attorney Lanoue have replied back to any of the letters. (Although AAG Steve Strom, is a named defendant ... the Plaintiff have been advised by prison officials that he must go through AAG-Strom for any legal matter or issue under litigation ... as a courtesy the Plaintiff sent letters to AAG-Steven Strom also ... advising him the defendants were in default of timely responding to the Discovery Request(s) and Interrogatories ... Production of documents.

Accordingly, the Plaintiff respectfully requests the Court to issue the appropriate order (Sanctions) against the defendants to require them to immediately reply to all discovery Requests in this case ... to include interrogatories, production of documents.

Respectfully Submitted,
Theodore Taylor #237855
Cheshire CI
900 Highland Ave
Cheshire, CT 06410
The Plaintiff

## Certificate of Service

I certify that a copy of this motion was mailed to AAG Micheal Lanoue, Attorney General offices 110 Sherman Street, Hartford, CT 06105 on this 20th day of 2003 postage prepaid.

Thaddeus Taylor #237855
Cheshire CI