FILED

2003 NOV -4  P 12: 08

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THADDEUS TAYLOR | : | PRISONER<br>CIVIL NO. 3:02CV229 (DJS)(TPS) |
| v. | : | |
| JOHN ROWLAND, ET AL. | : | NOVEMBER 3, 2003 |

## OBJECTION TO MOTION TO COMPEL

The defendants object to the plaintiff's motion to compel for the following reasons:

1. Defendants' counsel was not aware of any pending discovery request by the plaintiff;

2. Defendants' counsel has received no correspondence from the plaintiff regarding failure to respond to any pending discovery;

3. Plaintiff's motion to compel does not contain copies of either the alleged discovery request or correspondence covering same;

4. The plaintiff offered to provide a copy to defendants' counsel in a letter attached to his motion to compel and defendants' counsel is attempting to obtain a copy.

**WHEREFORE**, the defendants respectfully request that the Court grant them 30 days from the date counsel receives such request to respond and/or object to plaintiff's request for discovery.

DEFENDANTS
John Rowland, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: *[signature]*
Michael J. Lanoue
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct05195
E-Mail: michael.lanoue@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 3rd day of November 2003:

Thaddeus M. Taylor #237855
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

*[signature]*
Michael J. Lanoue
Assistant Attorney General