United States District Court
District of Connecticut

Thaddeus Taylor : Civil No. 3:02CV229 (DJS)
  Plaintiff
                                FILED
v.                              2003 NOV 14  P 4: 28
                                US DISTRICT COURT
John Rowland, et al : November 6, 2003

### AFFIDAVIT OF THADDEUS TAYLOR IN SUPPORT OF MOTION TO COMPEL DEFENDANTS TO PROVIDE DISCOVERY REQUEST

1. I am a U.S. Citizen above the age of 18 years old.
2. I believe and understand the meaning of oath.
3. I'm the Pro se Plaintiff in the above captioned matter (3:02CV229). I previously prepared and mailed to the defendants attorney my Requests for Interrogatories to be Answered under oath and Production of documents requests -- pertaining to the issues involving my case... Approximately 60 days have past and the defendants have not responded. I subsequently sent two additional letters to the defendants' Counsel (Michael Lanoue and Attorney Steven Strom, AAG named defendant) advising them that they had not complied to my Requests to date -- and such was overdue. I also advise the defendants that I would seek Court intervention if I don't get any responses.

4. I also advised the defendants' Attorney Michael Lanoue that if he misplaced such... I would

—1—

him another copy... however I would need access to my legal case files to locate such. On or about October 30, 2003, Attorney Lanoue telephonically contacted the prison officials (Counselor Scott Hadlock) and asked him to inform me he need another copy of the Interrogatories and Requests for Production of Documents... because he had not received such.

5. The prison officials, who are also the "defendants" in this matter, stated they would allow me access to my legal case files... to obtain the copies so it could be timely forwarded to Attorney Lanoue. However, I was denied any access to my legal case files. Counselor Hadlock also advised me that AAG Micheal Lanoue told him that there was no need to 'rush' giving me access to my legal case files... so that I could provide copies to him.

6. Because, the defendants did not allow me any access to my legal case files and several days had past --- I decided to draft a similar Request for Interrogatories and Request for Production of documents... On November 2, 2003 I placed such in the Prison Legal Mail Box... addressed to Attorney Micheal Lanoue and a copy to the U.S. District Clerk's office. Postage Prepaid.

-2-

7. On or about November 5, 2003, I received an objection filed by Attorney Micheal Lanoue ... claiming that because the plaintiff didn't provide a copy of the "Interrogatories and Request for production of documents" with the attached motion to compel the defendants... Such should be denied. The defendants Attorney also asked the Court to allow 30 days upon receipt of Interrogatories and Production Requests to comply before the Court order any sanctions.

8. Attorney Micheal Lanoue and defendant Steven Strom, AAG where previously requested that they stop the defendants and prison officials from harassing the plaintiff, delaying access to his legal case files and tampering with U.S. mail... Todate, the defendants are still being allowed to interfer with the plaintiff's ability to adequate litigate this case... as well as other pending legal matters that are against the defendants (CT-Dept. of Corrections). I Ask AAG Micheal Lanoue and AAG Steven Strom to request the Commissioner CT-DOC to conduct an investigation into these matters and stop such... for good; todate, no Response(s) have been provided. However, Counselor Fortin, an employee of Cheshire CI denied me the opportunity to telephonically contact my Attorney(s) in related case; To date, nothing have been done that seriously address these claims.

-3-

9. AAG Micheal Lamone, failed to advise the Court that he told prison officials (defendants) not to 'rush' to provide the Plaintiff with access to his Legal case files... meanwhile he asked the Court to deny the motion to compel.

10. This Affidavit is intended to support the Motion to Compel and request additional Sixty days of discovery... Also to support the Plaintiff's motion for temporary injunction order to stop the defendants from harassing, retaliating or interfering with the Plaintiff Work Productivity.

11. Attached Hereto is the 'New' Interrogatories and Production of Documents Requests that were/are similar to the previous mailed 'Interrogatories' the defendants' attorney now claimed he never received. /// End ///

(7w) I swear under penalty of Perjury the above statements are True and Correct to the best of my knowledge

Thaddeus Taylor #237855
Cheshire C.I.
900 Highland Ave
Cheshire, CT 06410

Certificate of Service

I certify that a copy of this affidavit & attached document was mailed to AAG Micheal Lamone, 110 Sherman Street, Hartford, CT 06105, on this 6th day of November, 2003. postage prepaid.

Thaddeus Taylor #237855   pro se

-4-