United States District Court
District of Connecticut

"EXHIBIT A"

NOV - 4 2003

Thaddeus Taylor,  :  Civil No. 3:02CV229(DJS)
           Plaintiff,
    v.                :

John Rowland, et al,  :  November 2, 2003
       Defendants.

## PLAINTIFF'S INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS AND INFORMATION

Pursuant to Rule(s) 33 and 34, Fed.R.Civ.P., the Plaintiff submits the following interrogatories and Requests for documents to the defendants.[1] The Plaintiff requests the defendants answer each of the Interrogatories in writing under oath, and produce each of the requested documents and information to the Plaintiff within 30 days of service.

---

[1] The Plaintiff have previously mailed similar Interrogatories and Requests for Production of documents to the defendants' Attorney Micheal Lanoue. On or about October, 2003 the Plaintiff filed a Motion to "Compel" the defendants to Answer such Interrogatories and production of documents. After over Sixty days had past. On or about October 30, 2003, Attorney Lanoue telephonically contacted the Prison officials and ask them to inform the Plaintiff never received the Interrogatories & Requests for Production. The Prison officials [said] that they would allow the Plaintiff access to his legal case files to obtain

REQUEST FOR PRODUCTION OF DOCUMENTS:

The Plaintiff Thaddeus Taylor requests the defendants provides him with "Certified Copies" of the following documents or by making them available to the plaintiff for inspection and copying:

1. Any and all grievances, complaints, or other documents received by the defendants or their agents at CT-Dept of Corrections and Cheshire CI... concerning Discriminatory Practices, Discrimination, unfair treatment or preferential treatment, as to RACE or Sexual Discrimination at Cheshire CI... To include claims, complaints involving or concerning defendants Rowland, Mullen, Armstrong, Rodriguez, Levesque, Milling, Hall, Bartholomew, Muniz, O'Keefe, Clark, Osborne, Holmes, Strom, and CT-DOC, and any memorandums, investigative files or other documents created in response to such documents since November 7, 2001 to the present date. Please include both Inmates and Staff claims

---

FOOTNOTE 1 cont.
 A copy of the Original Interrogatories and Production of documents motion that was filed with the defendants approximately sixty days ago. However, The Plaintiff have not be allowed access to his Legal Case files (which is stored in a room in which staff must escort the plaintiff to... However, this room is located in the Protective Custody unit) at Cheshire CI. Accordingly, the plaintiff decide it would be quick to Rcopy and mail out the Requests and Interrogatories - 2 -... to the defendants & the Court.

2. Any and all policies, directives, or Instruction to Staff concerning Racial Discrimination, Discriminatory Practices and the Investigative Steps that must be followed upon receipt of any complaint of Discrimination at Cheshire CI and for CT-DOC. Since November 7, 2001 to the Present;

3. Any and all policies, directives or instructions to Staff concerning Classification of all inmates, to include but not limited to Protective Custody inmates, High Security Classification, Escape Risk Classification, Level 4, Level 3 and Level 2, Level 5, Phase Programs at Northern CI, Interstate Compact Transfers and out-of State Transfers. From November 7, 2001 to the Present;

4. Any and all documents created by Cheshire CI and/or CT-DOC staff member in response to any grievance filed by the Plaintiff between November 7, 2001 to the Present concerning harassment Complaints, Retaliation Complaints, Discrimination, Assaults, Medical Care to include Dental Care and Mental Health Care;

5. Any logs, lists or other documents reflecting Grievances filed by Cheshire CI inmates that are in the "Protective Custody Unit" North Block Five and North Block Six.. from November 7, 2001 to the present date;

6. Certified Copy of the Plaintiff's inmate Central File; Population Management Central File on the Plaintiff and the Interstate Compact office Central File on the Plaintiff. From April 4, 1995 to the Present date. Please include all files on the Plaintiff that are within the Security Division of CT-DOC and any Shadow files at Cheshire CI.

7. Certified Copy of the Plaintiff's Employee Personnel Files; CHRO files and Security Division files... All Records, documents pertaining to the Plaintiff's Employment with CT-DOC..

### CHESHIRE CI - Protective Custody Unit Operation

8. Any logs, lists, documents or other records reflecting the Names, inmate numbers, housing Location, Race of all inmates assigned to the 'Protective Custody Unit' at Cheshire CI between November 7, 2001 through the present.

9. Any logs, lists, documents or other records reflecting the Job assignments, Job slots, and assignments of inmates.. Please include Race of all inmates, Pay grades, Job descriptions of all available Jobs in the Protective Custody Unit(s) "North Block 5" & "North Block 6"... between November 7, 2001 through Present date;

10. All Records, of Classification of the Plaintiff, Job (inmate) assignments, work evaluations, Classifications, Parole, High Security Review and Disciplinary Records within CT-DOC from November 7, 2001 through the present, while assigned to Protective Custody unit;

11. All Records, documents pertaining to the Maintance of the ventilation system, Air Conditions and Heating System within the Protective Custody unit at Cheshire CI.. from November 7, 2001 through the present;

12. All Records, documents describing all programs Additional Services programs, vocational programs, Braille Program, Rehabilitation programs offered to General Population inmates at Cheshire CI, and throughout CT-DOC; Please also provide all available programs to inmates housed in the "Protective Custody unit." Please also provide a list or logs of the instructors of Classes, Inmates Rosters and the 'RACE' of inmates that were allowed to participate in programs... Please describe each program briefly and provide documentation of Approved Context of each program or Courses; between November 7, 2001 through the Present.

13. All Records of Recreation Schedules, daily operations of the "Protective Custody unit"... North Block 5 & 6;

14. Provide all records, logs list of staff assignment to the Protective Custody unit for North Block 5 and North Block 6. Please include assignment of all staff that worked in the Protective Custody unit between November 7, 2001 through the present. Please include the unit managers, counselors, correctional officers, and medical staff. Please also provide documentation of staff assignment as "Rovers" for the protective custody unit as well.

15. Please provide copies of the Log Books for North Block 5 & 6 indicating all tours of the units by the Shift Commanders, Supervisors, Majors and Warden between November 7, 2001 through the present;

16. Provide all documents and the contracts between CT-DOC and the "Inmate Legal Assistance Program" and the "Ombudsman". Any contract between any other State Agency to include the Public Defenders office to met CT-DOC obligation to Inmates Access to the Courts and Law Library.

17. Provide documents, list and logs of all Legal Books in General Population "Law Library" and Protective Custody unit Law Library or Resource Centers. Provide all books...

or legal material available to inmates. Please also provide any documents of procedures or policies governing access to these materials. Inmate Legal Assistance Program and/or the Ombudsman.

## Interrogatories for Defendants

The Plaintiff requests the defendants to provide the following answers, under oath to these Interrogatories within 30 days: Please provide answer in writing;

18. State the duties of defendants John G. Rowland, Michael C. Mullen, John J. Armstrong, Hector Rodriguez, Fred Levesque, Lynn Milling, J.V. Hall, Rick Bartholomew, A. Muniz, Joseph O'Keefe, Jeff Clark, Linda Osborne, Captain Holmes, and Steven Strom while employed by the State of Connecticut. If these duties are set forth in any job descriptions or other documents produce the documents also;

19. State the names, titles and duties of all staff at Cheshire CI and CT-DOC responsible for protecting, care custody of protective custody inmates and to investigate discriminatory practices within the protective custody unit and CT-DOC

20. STATE the duties of, names, Titles of all STAFF of CT-DOC as it pertains to inmate classifications, Parole Packages, Board of Pardons, Protective Custody classifications, Job assignments in the P.C. units, transportation of Protective Custody inmates, and Medical needs of Protective Custody inmates at Cheshire CI.

21. STATE the Procedure in effect to investigate Complaints of Racial Discrimination, Discriminatory Practices at Cheshire CI and within the Protective Custody unit between November 7, 2001 through the Present; If there are directives, instruction to Staff Please Provide All documents. If this Process or procedure is different from General Population please state both procedures.

22. Please State whether Any staff have been disciplined for engaging in Racial Discrimination, Discriminatory Practices at Cheshire CI. Please, give details about the incident, to include the names and title of the staff and any documents or investigative Records or files... between November 7, 2001 through the Present....

23. State the names, titles and duties of all staff members at Cheshire CI and CT DOC who have the responsibility for responding to, investigating or deciding inmate grievances, complaints etc... Please provide any job description or directive governing the procedures.

Respectfully Submitted,

Thaddeus Taylor #237855
Cheshire CI
900 Highland Ave
Cheshire, CT 06410

## Certification of Service

I certify that a copy of this motion was mailed to AAG Michael Lanoue, Attorney General Office, 110 Sherman Street, Hartford, CT 06105 on this 2nd day of November, 2003. Postage Prepaid. Copy also filed with the Clerk's office.[2]

Thaddeus Taylor #237855

---

[2] The Plaintiff had filed a Motion to Compel the Defendants to Act within 30 days... However the defendant's attorney claims he never received the Requests or Interrogatories... Therefore, this document was drafted and now being filed and mailed again.