United States District Court
District of Connecticut

Thaddeus Taylor, : Civil No. 3:02 CV 229 (DJS)
    Plaintiff,
v. : FILED
     2003 NOV 13 P 5:32
John Rowland, et al., : US DISTRICT COURT
    Defendants.    BRIDGEPORT
     November 6, 2003

### Plaintiff Motion For Temporary Injunction Order Prohibiting Defendants (CTDOC) From Harassing, Retaliation, or Interferring with the Plaintiff Work Productivity

The Plaintiff Thaddeus Taylor in the above captioned case respectfully moves this Honorable Court for an order prohibiting the defendants, and/or their agents (CT-DOC) from harassing the Plaintiff, Retaliating against the Plaintiff for exercising his rights, to include filing this lawsuit and interferring with the Plaintiff work productivity... the Plaintiff Requests the Court Conduct an inquiry and/or direct the defendants [CT-DOC] or their Attorney to conduct full investigation into the Plaintiff's claims and staff/prison officials acts of misconduct.

Specifically, the Plaintiff requests the Court direct the defendants to provide the Plaintiff with adequate and reasonable access to his legal case files within (48 hours)... the Plaintiff be allowed to make "seven legal calls" per month

to telephonically contact his Attorney(s) ... as maybe required or the Clerk's office and/or Inmate Legal Assistance Offices; The Plaintiff have five other related matters in which he have Counsel ... however the prison officials have deprived him of the opportunity to telephonically contact them when necessary; The Plaintiff now requests the Court to issue such order to ensure the Plaintiff would be allowed to telephonically contact his attorney(s) as necessary; without harassment from prison officials. These Attorney(s) also can and will assist the Plaintiff in communicating concerns to the Courts, and the defendants' Attorney.

Lastly, the Plaintiff requests the Court to direct the defendants to stop all staff, prison officials and the defendants from harassing or retaliating against the Plaintiff ... for filing the instant Lawsuit and/or excercising his Legal Rights. The Plaintiff submits that, its only a matter of time before an incident that is serious occurrs that is harmful to the Plaintiff ... if these misconducts continued to go "uncheck" or "unpunished".

Wherefore it is so urued (See Affidavit of T. Taylor 11/6/03)

Respectfully Submitted,

Thaddeus Taylor
Thaddeus Taylor #237855
Cheshire CI
900 Highland Ave
Cheshire CT 06410

-2-

## Certificate of Service

I certify that a copy this motion was mailed to AAG Micheal Lanoue, Attorney General office, 110 Sherman Street, Hartford, CT 06105 on this 6th day of November, 2003 postage prepaid.

Thadeus Taylor (pro se)
Thadeus Taylor #237855