FILED

UNITED STATES DISTRICT COURT 2003 DEC -1  P 12: 18

DISTRICT OF CONNECTICUT  U.S. ...

| | | |
|---|---|---|
| THADDEUS TAYLOR | : | PRISONER<br>CIVIL NO. 3:02CV229 (DJS)(TPS) |
| v. | : | |
| JOHN ROWLAND, ET AL. | : | NOVEMBER 26, 2003 |

## MOTION FOR ENLARGEMENT

The defendants respectfully request a three-week enlargement of time to respond to plaintiff's Motion for Temporary Injunction, for the following reasons:

1.      Defendants' counsel and the defendants need time to investigate and prepare a response; and

2.      The plaintiff has not demonstrated that irreparable harm is imminent; and

3.      Defendants' counsel has been engaged in other litigation responsibilities.

This is the defendants' first request for enlargement for this purpose.

Plaintiff is proceeding pro se and is currently incarcerated in the custody of the Commissioner of Correction, therefore, his position with regard to this request has not been ascertained.

DEFENDANTS
John Rowland, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY: _____
Michael J. Lanoue
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct05195
E-Mail: michael.lanoue@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591


## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 26th day

of November 2003:

Thaddeus M. Taylor #237855
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410


_____
Michael J. Lanoue
Assistant Attorney General