FILED

2003 DEC -1 P 12: 18

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THADDEUS TAYLOR | : | PRISONER<br>CIVIL NO. 3:02CV229 (DJS)(TPS) |
| v. | : | |
| JOHN ROWLAND, ET AL. | : | NOVEMBER 26, 2003 |

## MOTION FOR ENLARGEMENT TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS

The defendants respectfully request an enlargement of time to December 22, 2003, to respond to plaintiff's discovery requests, dated November 2, 2003, for the following reasons:

1. Plaintiff's requests involve thousands of pages of documents, inmate privacy issues, security issues and legal issues which require significant time to prepare a response;

2. Defendants' counsel has had other litigation responsibilities requiring his attention.

This is the defendants' second request for enlargement concerning these requests for discovery.

Plaintiff is proceeding pro se and is currently incarcerated in the custody of the Commissioner of Correction, therefore, his position with regard to this request has not been ascertained.

DEFENDANTS
John Rowland, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Michael J. Lanoue
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct05195
E-Mail: michael.lanoue@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 26th day of November 2003:

Thaddeus M. Taylor #237855
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

_____
Michael J. Lanoue
Assistant Attorney General