UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 DEC -1 P 5:35
US DISTRICT COURT

THADDEUS TAYLOR : Civil No. 3:02CV229(DJS)

v.

John Rowland, et al : November 26, 2003

## MOTION FOR TEMPORARY INJUNCTION ORDER Prohibiting Defendants From "Reclassifying" the Protective Unit - Adversely

The Plaintiff Thaddeus Taylor in the above captioned case respectfully moves this Honorable Court for an order "temporarily" prohibiting the defendants (Connecticut Dept of Corrections, Def(s) John Rowland, John Armstrong, MAJOR Hall and Hector Rodriguez, MAJOR Lynn Millings and STEVEN STROM) from RECLASSIFYING only the "Protective Custody" inmates ... into "Sub-groups" of Non-violent and Violent inmates. On or about November 25, 2003, the Prison officials at Cheshire CI; including the defendants decided to "Reclassify" the entire Protective Custody unit only ... into Non-violent and Violent inmates Sub-groups ... and including such they moved approximately 120 inmates to different cells, forced inmates to be house with other inmates, who they didn't or don't get along with ... thus, causing Argument(s), animosity between inmates and cellies, among other things threats and Altercations between

inmates. The "Reclassification" of inmates were done by the defendants... without due process of law or any reasonable fair method... to determine which inmates were to be considered "non-violent" or "violent" inmates... under this new policy. The Plaintiff and other Protective Custody inmates... to date have not been advised the method in which was used to make these determinations.

Additionally, the Plaintiff respectfully submits that the defendants and their representatives within CT-DOC... "Reclassified" the "Protective Custody"... as harassment and Retaliation against Protective Custody inmates... for their past inmate grievances against staff, lawsuits and excercising their Constitutional Rights. The defendants did not require the same 'Reclassification' policies to be applied to "General Population" inmates... but, only Protective Custody inmates.

In addition too, the defendants creating an enviroment that promotes hostility among all Protective Custody inmates... and actually makes the Unit 'Unsafe'... by mixing inmates together that can't get along... the New 'Reclassification'

-2-

System currently being imposed upon the Protective Custody Unit... have drastically reduced the Protective Custody inmates (only) recreation, showers, telephone and out of cell time within the "Protective Custody Unit."

Such acts are being done so a retaliatory Acts against Protective Custody inmates... who have excercised their Constitutional Rights, filed Lawsuits and used the inmate grievance process.... There is no "penological rationale" or penological interest(s) in this Reclassification System -- other then punishing, discriminating against Protective Custody inmates.

Infact although the "Reclassification System" deprive "Protective Custody" inmates who have been housed in Protective Custody Unit for years without any incident or problems... cellmates etc... the "safe" environment of being housed with inmates they know or grown to know -- The Reclassification System also, deprive inmates of visiting times with family, Religious Services, Programs, vocational opportunities ... and Job assignments.

The Plaintiff, respectfully submits that the defendants, routinely allows general population inmates to enter the Protective Custody Unit ... and Protective Custody inmates

-3-

are forced to be transported back and forth to Court with "general population" inmate(s) daily... and the defendants refused to date to stop this process that subjects "protective custody inmates" to risk of being harmed. Rather the defendants claim the Reclassification System would protect Protective Custody Inmates from Protective Custody Inmates.

However, there are other less intrusive measures the defendants could take to protect Protective Custody inmates... without drastically overhauling the entire "Protective Custody Classification System"... for example if two inmates advise staff that they are not getting along as Cellmates... Staff should immediately reassign the inmate(s) with inmate(s) that they could get along with. Currently, the staff at Cheshire CI... would disregard such requests and fail to take immediate actions to protect the inmate.

Indeed, the new Reclassification System the defendants is attempting to impose only on the "Protective Custody inmates"... will not create any "safer environment"... whether the inmates are classified "Non-violent" or "violent". If Staff, don't immediate act, upon any inmate advising them they have a problem with their Cellmate or others...

The Inmates will always have a problem or Altercations -- which may lead to serious injuries. The defendants have refused to address this problem -- which would provide a safer environment for Protective Custody inmates -- without depriving them of the little freedoms they have now.

The Plaintiff, furthermore submits that the defendants have an alternative goal and objective -- to "restrict" the Protective Custody inmates basic freedoms -- as retaliation, and harassment of the Plaintiff and Protective Custody inmates for excercising their Constitutional Rights and usage of the inmate grievance process. The "Reclassification system is Punishment -- nothing more.

Accordingly, the Plaintiff Thaddeus Taylor respectfully request the Court issue a temporary order prohibiting the defendants from imposing such "Reclassification System" upon the Protective Custody Unit at Cheshire C.I., until such time the defendants could provide Substantial evidence the Reclassification Process is not Retaliatory, harrassment or Punishment towards the Plaintiff and other Protective Custody inmates for excercising their Constitutional Rights. And that such system have a legitimate Penalogical Interest(s) -- and not discriminatory.

-5-

EXHIBIT "A"



**STATE OF CONNECTICUT**
**DEPARTMENT OF CORRECTION**
*CHESHIRE CORRECTIONAL INSTITUTION*
*900 HIGHLAND AVENUE*
*CHESHIRE, CT 06410*

TO:      *Protective Custody Inmate Population*

FROM:    *James E. Dzurenda, Warden*

DATE:    *November 24, 2003*

SUBJECT: *Protective Custody Reclassification*

---

*Effective today, November 25, 2003, inmates in Protective Custody will be reclassified into a Two Tier Management System.*

*Inmates will be separated from each other based on violence history and severity of offense.*

*This reclassification will assist the facility in ensuring the safety for those inmates who have a violent history from those inmates who do not.*

*Please direct all concerns or issues which develop from this reclassification with your Unit Manager.*

*A request has been submitted to increase programs and work detail within each Tier which will hopefully be resolved shortly.*

*Please be patient during this program transfer in the attempt to increase inmate and staff safety.*

JED/lch

C:    File