United States District Court
District of Connecticut

Thaddeus Taylor,
    Plaintiff,

v.

John Rowland, et al
    Defendants,

: Civil No. 3:02CV229 (DJS)

FILED
2003 DEC -4  A 10: 14
US DISTRICT COURT
BRIDGEPORT CT

: November 26, 2003

### AFFIDAVIT OF THADDEUS TAYLOR -- DATED 11/26/03 IN Support of Temporary INJUNCTION ORDER; Harassment/Retaliation

1. I'm a U.S. Citizen above the age of 18 years old.
2. I understand and believe in the OATH.
3. I'm the Plaintiff in the above captioned matter 3:02CV229(DJS) against the defendants, to include Staff and Supervisors from CT-Dept. of Corrections. I'm also the Plaintiff in two other pending Civil Lawsuits against CT-Dept. of Corrections in the CASE NO(s) 3:96CV901(WIG) and 3:97CV873(WIG)... to which the Judge have granted (inpart) the Plaintiff's motion(s) to prohibit the defendants from CT-Dept. of Corrections from "harassing" or "retaliating" against the Plaintiff for exercising his Constitutional rights and filing these Lawsuits.

4. On November 25, 2003, the prison officials at Cheshire CI and the (defendants) ordered that Approximately [200] Protective Custody inmates be "Reclassified" into "Non-Violent" and "Violent" Sub-groups... In doing this The Warden and the defendant(s) drastically

— 1 —

change the daily operations of the Protective Custody unit. Specifically, the Plaintiff and Protective Custody inmates were placed in a more hostile environment and "unsafe" environment... at the time the defendants claimed such changes were designed to create a "safer" protective custody unit.

5. Currently, there are approximately 68-75 inmates that are classified by the defendants as "violent" inmates being forced to Recreate with each other... for two 1hr and mins periods... without sufficient staffing. Prior to this change or "Reclassification"... only 50 inmates maximum were allowed to Recreate together for the same time period... and such inmates were "both classified as "violent" and "non-violent". This is evidence that the defendants real goal is not to create a "safer" protective custody unit... but rather punish, retaliate and harass Protective Custody inmates, to include the Plaintiff.

6. This "Reclassification" system also have cut in half basically all the "very limited" activities within the Protective Custody unit... as punishment. For example The Plaintiff was allowed to receive family visits twice a week, now its once a week; Religious services was held twice a week, now its only once per week, No programs or Educational classes are available, Job assignments is limited and inmates out of cell time is also "limited", moreso than before.

7. (New) Additionally, Although the "Reclassification" System Separate(s) Protective Custody inmates from Protective Custody inmates... that are bonified Protective Custody inmates... The defendants are still allowing General Population inmates to enter the Protective Custody Unit while, Protective Custody inmates are out and during recreation Periods... thus creating a serious risk for harm towards Protective Custody inmates. Likewise, on the Same day as the defendants claimed they were making things "Safer" for me... I was forced to be transported to State Court with general Population inmates... and mixed-up with General Population inmates... placing the Plaintiff at Serious risk of being harm.

8. The "Reclassification" System that was imposed on Nov. 25, 2003 is not Fundamentally Fair process... No Standards have been posted to advised inmates how this New Reclassification System was suppose to work; No Appeal process have be established and More importantly, staff is being allowed to discriminate against Protective Custody inmates and the Plaintiff... as punishment. Currently, there are Several inmates that have Murders, Violent Rape Charges and Sexual Assaults... and classified as "Non-Violent"; whereas, the inmates that have no facility disciplinary problems for the past 8 years are classified as "Violent" inmates. Inmates with 30 years and More of time to Serve are classified as "Non-Violent" and placed in cells with inmates who have less than two years to go home. The "System" is Fundamentally Flawed and designed to harass, Retaliate against Protective Custody inmates... with no Legitimate Penological goal or Interests.

— 4 —

9. The defendant(s) goal is to harass and Retaliate against the plaintiff and other Protective Custody inmates ... for exercising their Constitutional Rights and using the inmate grievance process. The Protective Custody Unit is NO "safer" NOW ... then it was before November 25, 2003. In Fact, the defendants have created a "hostile Environment" within the Protective Custody unit ... by forcing Protective Custody inmates to be housed with other inmates that they don't get alongs with, And Created a Situation by having 68-75 inmates out at one time ... rather then the Maximum of 50 inmates out at one time ... the Inmates, Arguing and having disputes over the Showers, telephones, tables and SPACE ... so a result of "over crowded" Recreation Period.

10. I'm also being forced to be housed with unsentenced inmates ... that creates additional problems with Sentenced inmates. The defendants also have failed to remove the unsentence inmates from Sentenced inmates.

(A) I swear under Penalty of Perjury the above statements are True and Correct to the Best of my Knowledge (7th)

Thaddeus Taylor #237855
Cheshire CI
900 Highland Ave
Cheshire, CT 06410

Certificate of Service

I certify that a Copy of this Affidavit was mailed to the defendants AAG Michael Lanoue, 110 Sherman Street, Hartford, CT 06105 on this 25th November, 2003.

Thaddeus Taylor  pro se
Thaddeus Taylor #237855
Cheshire CI