UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Thaddeus Taylor           : Civil No. 3:02cv229 (DJS)

v.                        : 2003 DEC -8 P 4:58

John Rowland, et al       : December 2, 2003

Plaintiff's Objection To Defendants
Motion For Enlargement of Time
To Respond To Plaintiff's Discovery Request

The Plaintiff Thaddeus Taylor, in the above captioned case respectfully files with this Honorable Court his objection to the Defendants' Second Request for Enlargement of Time to Respond to the Plaintiff's Discovery and production of documents Requests. The Plaintiff respectfully submits that the defendants and their attorney have had sufficient time to adequately prepare their responses and to produce the requested documents.

Currently, pending is the Plaintiff's Motion to Compel the defendants to timely produce the requested documents and information. The defendants previously stated that they would provide such documents within 30 days upon receipt. The Plaintiff have now been attempting to obtain these documents and information for the past several months.

— 2 —

The defendants, willfully disregarded the Plaintiff's letters to the defendants' Counsel with this regard... and subsequently the Plaintiff's being forced to file a "motion to Compel" the defendants to provide such.

The defendants, then claimed that they never received the Plaintiff's Discovery Requests ... and the defendants refused to allow the Plaintiff adequate access to to Legal case files for over two weeks. The Plaintiff decided it would be quicker to provide the defendants with another Discovery Request with similar requests for production of documents and information.

To date, the defendants have had sufficient time to provide the Plaintiff with the requested documents ... however, the defendants are attempting to delay the process. The Plaintiff respectfully requests this Honorable Court deny the Defendants' Second Request for enlargement of time to provide the "Discovery Requests"; Alternatively, the Plaintiff respectfully requests the Court advised the defendants that a good faith effort shall be made to provide all "Discovery Requests" (copy was filed with the Court in support of Plaintiff's motion to Compel) and that absolutely no more delays would be allowed... on December 22, 2003 the defendants shall provide the Plaintiff with the documents and information pursuant to the "Discovery Requests".

— 3 —

Wherefore it is so moved.

Respectfully Submitted,

*[signature]* pro se
Thaddeus Taylor 237855
Cheshire CI
900 Highland Ave
Cheshire CT 06410

### Certificate of Service

I certify that a copy of this Motion was mailed to Attorney Michael Lanoue, Attorney General office, 110 Sherman Street, Hartford CT 06105 on this 2nd day of December, 2003.

*[signature]*
Thaddeus Taylor pro se