UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

THADDEUS TAYLOR                :
                                       :                PRISONER
v.                                    :    Case No. 3:02cv229(DJS)(TPS)
                                       :
JOHN ROWLAND, et al.      :

RULING AND ORDER

Plaintiff has filed to compel defendants to respond to outstanding discovery requests and extend the discovery period.

Before filing a motion to compel, plaintiff must comply with local court rules. Rule 39(a)2, D. Conn. L. Civ. R., requires that the parties confer in good faith and discuss the discovery dispute in detail in an attempt to resolve the issue without the assistance of the court. If the discussion fails to resolve the dispute, in whole or in part, the party filing the motion to compel must provide an affidavit certifying the attempted resolution. In addition, Rule 39(a)3 requires that the memorandum in support of the motion to compel include "a specific verbatim listing of each of the items of discovery sought or opposed, and immediately following each specification shall set forth the reason why the item should be allowed or disallowed." Copies of the discovery requests must be appended to the memorandum as exhibits.

Here, plaintiff has not filed a memorandum in support of his motion, an affidavit documenting his attempts to resolve this dispute with defendants' counsel or copies of the discovery requests. Accordingly, plaintiff's motion to compel [**doc. #51**] is **DENIED** without prejudice. Plaintiff may refile his motion in proper form after attempting to resolve this matter with defendants' counsel. Because the motion has been denied, the request to extend the discovery period beyond the date defendants were ordered to respond to this discovery is denied as moot.

**SO ORDERED.**

Entered in Hartford, Connecticut, this 2nd day of ~~November~~ December, 2003.

_____
Thomas P. Smith
United States Magistrate Judge