UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 DEC -4 P 2:08
US DISTRICT COURT
HARTFORD CT

THADDEUS TAYLOR          :
                         :              PRISONER
    v.                   :   Case No. 3:02cv229(DJS)(TPS)
                         :
JOHN ROWLAND, et al.     :

RULING AND ORDER

Defendants have filed two motions for extension of time. First, defendants seek a three-week extension of time to respond to plaintiff's motion for Temporary Injunction. Second, defendants seek an extension of time until December 22, 2003, to respond to plaintiff's November 2, 2003 discovery requests. Defendants' motions [docs. ## 55, 56] are GRANTED.

SO ORDERED.

Entered in Hartford, Connecticut, this 4th day of December, 2003.

Thomas P. Smith
United States Magistrate Judge