United States District Court
District of Connecticut

THADDEUS TAYLOR          :   Case No. 3:02CV229(DJS)

v.                       :

John Rowland, et al      :   December 20, 2003

## AFFIDAVIT OF THADDEUS TAYLOR DATED DECEMBER 20, 2003 [Temporary Injunction]

1. I'm a U.S. Citizen over the age of 18 years old.
2. I believe in the oath and understand the oath.
3. I'm the plaintiff in the above captioned matter with pending motions against the defendants to include a temporary injunction order prohibiting the defendants from harassing, retaliating or interfering with the plaintiff's work productivity.
4. On December 8, 2003 (the Plaintiff) I was transferred from Cheshire CI in Cheshire, CT to Corrigan-Radgowski CC, Radgowski Building, in Uncasville, CT. Although it is policy of CT-DOC to transfer an inmate with all his property and legal case files... I was transferred to "Radgowski" without my legal case files. For the past two weeks or so I have been trying to get staff at "Radgowski" and "Cheshire CI" and CT-DOC to immediately

provide me access to all my legal case files; so that I could adequately litigate my case(s) which are pending... to include: the instant matter and other STATE and Federal matters... Civil and Criminal... TO NO AVAIL.

5. Specifically, I was given the "run around" as to the "location and the condition" of my legal case files... in which cost approx. $13,000.00 — because my legal case files were secured in a room, with only access to such was obtaining the key belonging to Captain Saundry, at Cheshire CI ... Capt. Saundry must be able to account for the whereabouts of my legal case files. The STAFF at "Radgowski" have refused to assist me in locating my legal case files... in furtherance of "harassment & retaliation" of me by the defendants... and to interfer with my "work productitity". For the past two weeks, while at "Radgowski (CT-DOC) I have not been allowed to telephonically, contact my attorneys, have access to my legal case files, I'm been denied legal copies, told there were no legal resource facility at Radgowski (although a library exists -- but no staff is available), I've been denied access to the "grievance process"... and threaten by staff... claiming that they will retaliate against me if I continue to request things I'm entitled to.

— 3 —

6. I have also asked the defendants Attorney(s) AAG Michael Lanoue and AAG Steven Strom -- to investigate there claims and correct them... todate I have not received any response(s); nor have my situation, Access to my Legal files, Legal telephone calls, Legal copies change at "Radgowski". I have also spoke to the Administrators and Staff at Radgowski... to no avail.

7. Because, other inmates property and Legal Case files are transported with them -- or at the very least the next day... I believe that I'm being intentionally, harassed and Retaliated against by Staff at Cheshire CI and "Radgowski" and the defendants... A court order and Sanctions are Necessary to correct this situation.

8. Also, on December 8, 2003, I was transferred to "Radgowski" -- and put in a situation that was compromising to my "Safety"... The Defendants CT-DOC intentionally sent me to a Facility whereas all the inmates know me -- thus, subjecting me to unnecessary risk of harm. Also, my Brother work at the facility for several years... This was/is a set up situation by the defendants. I had Requested to go to "Brooklyn CI" -- to avoid any problems... which was denied "as retaliation."

— 4 —

9. I believe that a Federal Court order is necessary to prevent the defendants and their agents from harassing me and depriving me access to my legal case files etc... Legal telephone calls to my Attorney(s) and my ability to adequately litigate my pending cases.

10. I have repeatedly attempted to allow staff and the defendants to correct this situation and stop the harassment and retaliation of me ... to no avail. The latest incident at "Radgowski" is evidence staff is still harassing and retaliating against me for representing myself, and exercising my Constitutional Rights. /// /End of affidavit\\\ ☺

I swear under penalty of perjury the above statements are true and correct to the best of my knowledge.

Thaddeus Taylor (Pro se)
Thaddeus Taylor 237855
Corrigan-Radgowski CC
Radgowski Building
986 Norwich New London Turnpike
Uncasville, CT 06382

Certificate of Service

I certify that a copy of this affidavit was mailed to AAG Michael Lanoue, Attorney General office, 110 Sherman Street, Hartford, CT on this 20th day of Dec, 2003 postage prepaid.

Thaddeus Taylor Pro Se
Thaddeus Taylor #237855
Corrigan-Radgowski CC