UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THADDEUS TAYLOR | : | PRISONER<br>CIVIL NO. 3:02CV229 (DJS)(TPS) |
| v. | : | |
| JOHN ROWLAND, ET AL. | : | DECEMBER 22, 2003 |

## MOTION FOR ENLARGEMENT TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS

The defendants respectfully request a 15-day enlargement of time to January 6, 2004, to respond to plaintiff's discovery requests, for the following reasons:

1. Absence from work by defendants and defendants' counsel due to illness and the holidays;

2. Other litigation responsibilities of the defendants and their counsel;

3. Plaintiff's request require considerable effort and analysis.

This is the defendants' third request for an enlargement for this purpose.

Plaintiff is proceeding pro se and is currently incarcerated in the custody of the Commissioner of Correction, therefore, his position with regard to this request has not been ascertained.

DEFENDANTS
John Rowland, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Michael J. Lanoue
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct05195
E-Mail: michael.lanoue@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 22nd day of December 2003:

Thaddeus M. Taylor #237855
Corrigan/Radgowski Correctional Center
982 Norwich-New London Turnpike
Uncasville, CT 06382

_____
Michael J. Lanoue
Assistant Attorney General

2