UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THADDEUS TAYLOR | : | PRISONER<br>CIVIL NO. 3:02CV229 (DJS)(TPS) |
| v. | : | |
| JOHN ROWLAND, ET AL. | : | DECEMBER 22, 2003 |

### OBJECTION TO PLAINTIFF'S MOTION FOR TEMPORARY AND PRELIMINARY INJUNCTIVE RELIEF

The defendants object to the plaintiff's request for preliminary and temporary injunctive relief for the reasons more fully set forth in the accompanying memorandum of law.

DEFENDANTS
John Rowland, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Michael J. Lanoue
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct05195
E-Mail: michael.lanoue@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 22nd day of December 2003:

Thaddeus Taylor #237855
Corrigan/Radgowski Correctional Center
982 Norwich-New London Turnpike
Uncasville, CT 06382

Michael J. Lanoue
Assistant Attorney General