FILED

UNITED STATES DISTRICT COURT

2004 JAN -7 P 4: 43

DISTRICT OF CONNECTICUT

US DISTRICT COURT
BRIDGEPORT CT

PRISONER

| | | |
|---|---|---|
| THADDEUS TAYLOR | : | CIVIL NO. 3:02CV229 (DJS)(TPS) |
| v. | : | |
| JOHN ROWLAND, ET AL. | : | JANUARY 5, 2004 |

### MOTION FOR ENLARGEMENT TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS

The defendants respectfully request a 15-day enlargement of time to January 21, 2004, to respond to plaintiff's discovery requests, for the following reasons:

1. Absence from work by defendants and defendants' counsel due to illness and the holidays;

2. Other litigation responsibilities of the defendants and their counsel;

3. Plaintiff's request require considerable effort and analysis.

This is the defendants' third request for an enlargement for this purpose.

Plaintiff is proceeding pro se and is currently incarcerated in the custody of the Commissioner of Correction, therefore, his position with regard to this request has not been ascertained.

                                        DEFENDANTS
                                        John Rowland, et al.

                                        RICHARD BLUMENTHAL
                                        ATTORNEY GENERAL

BY: _____
                                        Michael J. Lanoue
                                        Assistant Attorney General
                                        110 Sherman Street
                                        Hartford, CT  06105
                                        Federal Bar #ct05195
                                        E-Mail:  michael.lanoue@po.state.ct.us
                                        Tel: (860) 808-5450
                                        Fax: (860) 808-5591

## **CERTIFICATION**

    I hereby certify that a copy of the foregoing was mailed to the following on this 5th day of January 2004:

    Thaddeus M. Taylor #237855
    Corrigan/Radgowski Correctional Center
    982 Norwich-New London Turnpike
    Uncasville, CT 06382

_____
Michael J. Lanoue
Assistant Attorney General

2