UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 JAN 16 P 12:04

U.S. DISTRICT COURT
HARTFORD, CT.

THADDEUS TAYLOR           :
                          :           PRISONER
v.                        :   Case No. 3:02cv229(DJS)(TPS)
                          :
JOHN ROWLAND, et al.      :

RULING AND ORDER

Defendants have filed two motions for extension of time to respond to plaintiff's discovery requests. The first motion seeks a fifteen day extension until January 6, 2004. The second seeks an additional fifteen days until January 21, 2004.

The time requested in the first motion has passed. Thus, that motion [**doc. #63**] is **DENIED** as moot. Plaintiff's second motion for extension of time [**doc. #66**] is **GRANTED**.

**SO ORDERED.**

Entered in Hartford, Connecticut, this 16th day of January, 2004.

/s/ Thomas P. Smith
Thomas P. Smith
United States Magistrate Judge