UNITED STATES DISTRICT COURT
District of Connecticut

Thaddeus Taylor         :    3:02 CV 229 (DJS)
                        :
    v.                  :    FILED
                        :    2004 MAR 31 P 4:26
John Rowland, et al     :    MARCH 30, 2004
                             U.S. DISTRICT COURT
                             BRIDGEPORT, CONN

MOTION TO COMPEL DEFENDANTS
TO PROVIDE DISCOVERY DOCUMENTS
AND TO ANSWER INTERROGATORIES

The Plaintiff Thaddeus Taylor, in the above captioned case respectfully moves this Honorable Court for an order directing & compelling the defendants to provide the Plaintiff with all the documents and Interrogatories submitted to the defendants. Specifically, the Plaintiff requests this Honorable Court issue an order directing the defendants to provide the Plaintiff with the current Classification Manual for the department of Corrections; A copy of the Current Administrative directives and policies or Institutional Rules governing the Classification of all Protective Custody inmates at Cheshire CI; to include the method and manner the defendants are using / or was using to classify protective Custody inmates into "Non-Violent and Violent" Subgroups... The Plaintiff requests the Court also direct the defendants to Now provide

the Plaintiff with all "records" indicating the manner and method used to classify all inmates into "subgroups" of "violent" and non-violent; depicting the names and inmate numbers and brief description of the reasons each inmate was classified into such subgroup at Cheshire CI.

The Plaintiff also requests the Court to now compel the defendants to provide the Plaintiff with copies of the Protective Custody-Unit Logbooks and the Captains Logs... covering the period of time this Lawsuit covers... (The Plaintiff request the defendant file an unredacted copy of all Logbook with the Court and "redacted" provisions to the Plaintiff; if the defendants claim any security concerns;

Lastly, the Plaintiff requests the Court to compel the defendants to provide the Plaintiff a complete and certified copy of his "Medical Records" -- in possession of the defendants -- to include all Mental Health records and Classification Records (ICF's). The Plaintiff respectfully submits that he have attempted to informal resolve these matters with defendants' Attorney -- to no avail.

Wherefore a hearing is requested.

Respectfully Submitted,
Thaddeus Taylor #237855
Brooklyn CI
59 Hartford Road
Brooklyn, CT 06234

—2—

<u>Certificate of Service</u>

I certify that a copy of the foregoing Motion was mailed to the Defendants' Attorney, Micheal Lanoue, Attorney General office 110 Sherman Street, Hartford, CT 06105 on this 29th day of March, 2004   postage prepaid

Thaddeus Taylor #237855

—3—