UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| THADDEUS TAYLOR | : | PRISONER<br>CIVIL NO. 3:02CV229 (DJS) |
| v. | : |  |
| JOHN ROWLAND, ET AL. | : | APRIL 20, 2004 |

## MOTION FOR ENLARGEMENT TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL, DATED MARCH 29, 2004

The defendants respectfully request a 15-day enlargement of time to May 7, 2004, to respond to plaintiff's motion to compel, for the following reasons:

1. Defense counsel has been engaged in other litigation responsibilities;

2. Defense counsel needs further time to prepare a response.

        DEFENDANTS
        John Rowland, et al.

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL


BY:_____/s/_____
    Michael J. Lanoue
    Assistant Attorney General
    110 Sherman Street
    Hartford, CT  06105
    Federal Bar #ct05195
    E-Mail:  michael.lanoue@po.state.ct.us
    Tel: (860) 808-5450
    Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 21st day of April 2004:

Thaddeus Taylor #237855
Brooklyn Correctional Institution
59 Hartford Road
Brooklyn, CT 06234

_____/s/_____
Michael J. Lanoue
Assistant Attorney General