UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Thaddeus Taylor           :   CIVIL NO. 3:02CV229 (DJS)
   v.                     :
                          :   FILED 2004 APR 27 P 3:54
John Rowland, et al       :   U.S. DISTRICT COURT
                              BRIDGEPORT, CONN.     , 2004

## MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY; REQUEST FOR NEW SCHEDULING ORDER

The Plaintiff Thaddeus Taylor respectfully moves this Honorable Court for an order granting the parties an additional 90 days to complete all discovery in the above captioned matter.[1] Specifically, the Plaintiff submits that the defendants have repeatedly requested for extensions of time prior to providing the discovery documents and/or a response ... that is usually incomplete or not forthcoming; thereby requiring the Plaintiff to file Motion(s) to Compel discovery from the defendants.

Additionally, the defendants have refused to provide the Plaintiff with copies of Logbooks, Classification documents and manuals among other requested documents ... but

---

[1] The Plaintiff have several pending Motions to Compel and Interrogatories that have yet to be ruled upon or answered by the defendants. Accordingly, this time frame will not include discovery that maybe subsequently necessary.

On April 23, 2004, represented that they would be willing to "admit" certain facts... and claims to which would avoid disclosure of these documents. The Plaintiff considers this as a compromise -- to which he is willing to make, however requests the Court to granted this request for an additional 90 days to fully complete all discovery, to include all "Interrogatories", Admissions, and "depositions". (To include July 25, 2004)

The Plaintiff requests the Court also issue a Order directing the defendants to produce all requested documents or "admit" the facts in writing and to be used at any other proceeding, including trial.

Respectfully Submitted,

Thaddeus Taylor pro se
Thaddeus Taylor #237855
Brooklyn CI
59 Hartford Road
Brooklyn, CT 06234

Certified of Service
---

I certify that a copy of this motion was mailed to Attorney Michael Lanoue, Attorney General office, 110 Sherman Street, Hartford, CT 06105 on this 25th day of April 2004, postage prepaid.

Thaddeus Taylor pro se

—2—