UNITED STATES DISTRICT COURT
DISTRICT OF Connecticut

Thaddeus Taylor          :    3:02 cv 229 **FILED**

                         :         2004 APR 27 P 3: 54

   v.                                 U.S. DISTRICT COURT
                                      BRIDGEPORT, CONN.
John Rowland, et al      :    April 25,

## MOTION TO COMPEL DEFENDANT JOHN ROWLAND TO ANSWER INTERROGATORIES AS WELL ALL NAME DEFENDANTS

The Plaintiff Thaddeus Taylor, in the above captioned case respectfully moves this honorable Court for an order to Compel the defendants John Rowland and Steven Strom to Answer the Served Interrogatories and Request for Production of documents under the discovery Rules.

The Plaintiff also request that the Court direct the defendants to comply with all requests for production of documents within 20 days.

Specifically, the defendant(s) John Rowland (counsel) objected to the Plaintiff's discovery requests and Interrogatories claiming that defendant Rowland had no personal involvement in the Plaintiff's incarceration ...thus should not be required to participate in this Lawsuit and "discovery" process...

However, todate the defendants have not filed and pleadings supported by Affedavits

or any evidence that would support their claims defendant John Rowland did not have any personal involvement in these claims. Until, the defendants provide adequate evidence in the form of "Summary Judgment" and such is granted by Court — all defendants should be required to adhere to the discovery Rules and the Court orders.

ORAL Argument requested
testimony required

Respectfully Submitted,

Thaddeus Taylor PRO SE

Thaddeus Taylor #237855
Brooklyn CI
59 Hartford Road
Brooklyn, CT 06234

Certificate of Service

I certify that a copy of the foregoing Motion was mailed to AAG Michael Lanoue, Attorney General office, 110 Sherman Street, Hartford, CT 06105 on this 25th day of April, 2004.

Thaddeus Taylor PRO SE

- 2 -