UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Thaddeus Taylor  :  Civil No. 3:02CV229(DJS)

v.

John Rowland, et al

**FILED**
2004 APR 27 P 3:54
April 25, 2004
U.S. DISTRICT COURT
BRIDGEPORT, CONN

## PLAINTIFF'S MOTION FOR COURT ORDER GRANTING PERMISSION TO CORRESPOND directly to Inmate Witness at Cheshire CI, PC unit NBS/N66

The Plaintiff Thaddeus Taylor respectfully moves this Honorable Court for an order directing the defendant(s) — CT-DOC, to allow him direct correspondence (protective custody unit) to 4 (four) inmates housed at Cheshire CI — Specifically, these four inmates will be asked to provide "testimony" and "information" to support the Plaintiff's claims. A court order is necessary to ensure that this is unfettered and to ensure the inmates involved are not harassed by CT-DOC employees or others.

Accordingly it is so moved.

Respectfully Submitted
Thaddeus Taylor #23785
Brooklyn CT
59 ~~Hartford~~ Rd
Brooklyn, CT 06234

Certificate of Service
I certify that a copy of this motion was mailed to AAG Michael Lanoue, Attorney General Office, 110 Sherman Street, Hartford, CT 06105, on this 25th day of April, 2004.
Thaddeus Taylor