**FILED**

UNITED STATES DISTRICT COURT

2004 MAY 13 P 12: 38

DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| THADDEUS TAYLOR | : | PRISONER<br>CIVIL NO. 3:02CV229 (DJS)(TPS) |
| v. | : | |
| JOHN ROWLAND, ET AL. | : | MAY 11, 2004 |

## OBJECTION TO PLAINTIFF'S MOTION TO CORRESPOND DIRECTLY WITH INMATE WITNESSES AT CHESHIRE

The defendants object to plaintiff's motion to correspond directly with other inmates at Cheshire Correctional Institution for the following reasons:

1. Inmate-to-inmate correspondence is strictly forbidden by the Department of Correction for safety and security reasons. Inmates have been known to attempt to engage in criminal behavior, including escape, through the use of such correspondence.

2. The plaintiff has not identified by name the inmates he wants to correspond with at Cheshire Correctional Institution. It is not possible to know whether such correspondence between the plaintiff and the other inmates might cause further security concerns.

3. The plaintiff has not asserted that these other inmates have relevant and competent information concerning his incarceration. Plaintiff has not articulated with specificity what information these inmates have to provide.

4. Any correspondence and communication allowed by the Court between the plaintiff and any other inmate should be read by Department of Correction staff to ensure security and safety concerns are addressed.

5. The plaintiff has made similar requests in <u>Taylor v. Armstrong</u>, 3:97CV973 (WIG) (<u>see</u> Ruling dated 1/14/04 by Judge Garfinkel) in which his requested numerous witnesses lacked personal knowledge of his claims and incarceration.

                                          DEFENDANTS
                                          John Rowland, et al.

                                          RICHARD BLUMENTHAL
                                          ATTORNEY GENERAL

                                          BY: _____
                                          Michael J. Lanoue
                                          Assistant Attorney General
                                          110 Sherman Street
                                          Hartford, CT 06105
                                          Federal Bar #ct05195
                                          E-Mail: michael.lanoue@po.state.ct.us
                                          Tel: (860) 808-5450
                                          Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 11th day of May 2004:

Thaddeus Taylor #237855
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

_____
Michael J. Lanoue
Assistant Attorney General