UNITED STATES DISTRICT COURT
DISTRICT of Connecticut

Thaddeus Taylor,              : prisoner
   Plaintiff,                 : Civil No. 3:02cv229 (DJS)
   v.                         :
                              : FILED
                              : 2004 MAY 17 P 5:53
                              : U.S. DISTRICT COURT
                              : BRIDGEPORT, CONN
John Rowland, et.             :
   Defendants                 : MAY 13, 2004

MOTION FOR CERTification of
CLASS ACtion as to All CLAims
Pertaining to Conditions in the Protective Custody
Unit At Cheshire CI

   The Plaintiff Thaddeus Taylor, in the above
captioned CASE, Now respectfully moves
this Honorable Court for an order
granting "Class Action Certification" as
to All Claims in this Action Pertaining
to the living Conditions, treatment of
all protective Custody inmates that were/Are
housed in the protective Custody unit
at Cheshire CI at the time of this Lawsuit.
   The Plaintiff submits that all Claims
raised in his Complaint also pertains to approx.
200 other inmates that are/were housed in
the Protective Custody Unit at Cheshire CI.
Moreover, the "Living Conditions", treatment
of Protective Custody inmates", discrimatory

practices, disparity treatment of the Protective Custody inmates have actually gotten worse since the filing of this Lawsuit. Several serious Assaults have occurred in the Protective Custody unit and routinely staff and supervisors submits false Incident Reports to cover-up their misconducts.

Accordingly, Certification of this Lawsuit would allow the Court to address the living conditions and treatment of Protective Custody inmates being housed at the State of Connecticut – DOC only "Protective Custody Unit" for sentenced inmates.

The Plaintiff also submits that the class members will be all inmates that were housed in Protective Custody or still in Protective Custody at Cheshire CI during the time period of this Lawsuit (The Plaintiff would move the Court to include All Protective Custody inmates housed in the Protective Custody Unit at this time, as well.) The Class members would exceede at Least <u>600</u> inmates;

1) This class is so numerous that Joinder of all class members is impracticable;

2) The Plaintiff is challenging the living conditions and treatment of Protective Custody inmates

—2—

at the STATE'S only "protective Custody unit" for sentenced prisoners and discriminatory practices and unequal treatment... at Cheshire CI.

3) The Claims are typical of all inmates that are or were housed in the Protective Custody Unit at Cheshire CI.

4) The Plaintiff could adequately represent the interest of this "Class certification" --- simply because --- taking no actions whatsoever would prove more harm, then allowing the Plaintiff or appointment of Counsel to represent the "Class". The Plaintiff have been involved with the Legal Process for over 10 years and is an ex-Correctional Officer with a certified Paralegal Certificate.

5.) The Plaintiff/Class would ask the Court to declare the current practices and treatment of Protective Custody inmates at Cheshire CI are "unconstitutional" and amounts to "cruel and unusual punishment" towards Protective Custody inmates... to include "biases" and "discriminatory practices."

Accordingly, the Plaintiff respectfully moves this Court for Certification of this lawsuit as to all claims pertaining to the Protective Custody Unit at Cheshire CI be certified as a "Class Action Lawsuit".

Respectfully Submitted

Thaddeus Taylor #237835
Cheshire CI

-3-

900 Highland Ave
Cheshire, CT 06410
The Plaintiff/Class

## Certification of Service

I Certify that a copy of the foregoing motion was mailed to AAG Michael Lanoue, Attorney General office, 110 Sherman Street Hartford, CT 06410 on this 13th day of May 2004 Postage Prepaid.

/s/ Matthew Taylor   pro se
Matthew Taylor #237855
Cheshire CI
900 Highland Ave
Cheshire, CT 06410

— 4 —