United States District Court
District of Connecticut

02CV229AK(?)

Thaddeus Taylor, prisoner
: Case No. 3:02CV229 DJS

v.

John Rowland, etc
: May 13, 2004

FILED
2004 MAY 17 P 5:53
U.S. DISTRICT COURT
BRIDGEPORT, CONN

AFFIDAVIT OF THADDEUS TAYLOR 5/13/2004
In support of Class Action Certification
for all Claims Pertaining to the "P.C. Unit"

1. I'm a U.S. Citizen, above the age of 18.
2. I understand and believe in the OATH.
3. I'm the pro se Plaintiff in the above case. I'm a "Certified" Paralegal, and ex-Correctional officer. I have litigate before the Courts for the past 10 years... both Criminal and Civil.
4. The "Protective Custody Unit" living conditions treatment of Protective Custody Inmates are worst now then when I first filed this lawsuit. P.C. inmates are treated unfairly... biases.
5. The defendants have did nothing to correct the "living conditions" within the STATES only Protective Custody Unit.
6. Over 600 inmates have lived in the P.C. unit or currently housed in the P.C. unit at Cheshire CI and suffering.
7. Several Inmates have been serious assaulted in the P.C. unit and "coveredup" by staff.

— 1 —

8. The Defendants have opted to disregard the Plaintiff's claims in his Complaint and failed to remedy the situation. /t/t/tm

9. I swear under penalty of perjury the above statements are true and correct to the best of my knowledge.

Thaddeus Taylor #237855
Cheshire CI
900 Highland Ave
Cheshire, CT 06410

## Certification of Service

I certify that a copy of the foregoing motion was mailed to Attorney Micheal Lianore, Attorney General office, 110 Sherman Street Hartford, CT 06410 on this 13 day of May 2004 postage prepaid.

Thaddeus Taylor 237855
Cheshire CI
900 Highland Ave
Cheshire, CT 06410

- 2 -