UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**

2004 MAY 18  A 9 32

S. DISTRICT COURT
HARTFORD, CT.

THADDEUS TAYLOR          :

    v.          :          PRISONER
              :          Case No. 3:02cv229(DJS)(TPS)

JOHN ROWLAND, et al.          :


## RULING AND ORDER

Plaintiff seeks a court order that he be permitted to communicate directly with inmates housed at Cheshire Correctional Institution. Defendants oppose the motion on the grounds that the Department of Correction forbids inmate-to-inmate communication for reasons of safety and security and plaintiff has not identified the inmates with whom he wishes to communicate or provided any evidence that they possess relevant information. Without more information, the court cannot determine whether the requested communication is relevant to the issues contained in this complaint and whether the unidentified inmates wish to communicate with plaintiff and possess relevant information. In addition, defendants cannot determine the extent to which institutional safety and security would be threatened by the communication.

Plaintiff's motion [**doc. #73**] is **DENIED** without prejudice. Any renewal of this motion shall identify the four inmates and

provide evidence that the inmates have relevant information.  In addition, plaintiff shall demonstrate why the court should preclude correctional officials from reviewing the communications to ensure that institutional safety and security are not violated.

**SO ORDERED.**

Entered in Hartford, Connecticut, this 18th day of May, 2004.

/s/ Thomas P. Smith
Thomas P. Smith
United States Magistrate Judge