UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THADDEUS TAYLOR | : | PRISONER<br>CIVIL NO. 3:02CV229 (DJS)(TPS) |
| v. | : | |
| JOHN ROWLAND, ET AL. | : | MAY 25, 2004 |

### **OBJECTION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

The defendants object to plaintiff's motion for class certification for all of the following reasons:

1.  The plaintiff's complaint did not claim this action as a class action;

2.  The plaintiff is proceeding pro se and is not capable of acting effectively as representative of a class he claims involves more than 600 inmates;

3.  The plaintiff's amended complaint in this case has numerous individual allegations concerning his own incarceration and status, including being a former correctional officer, which are not representative of any class;

4.  The plaintiff is seeking monetary damages that cannot be awarded on a class basis;

5.  Discovery has been conducted in this case and discovery would need to be expanded significantly in this case;

6.  The plaintiff alleges that this should be a class action because some inmates have been assaulted by other inmates, yet this is not one of his own claims.

DEFENDANTS
John Rowland, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:_____
Michael J. Lanoue
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct05195
E-Mail:  madeline.melchionne@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591


## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 25th day of May 2004:

Thaddeus Taylor #237855
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410


_____
Michael J. Lanoue
Assistant Attorney General