UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Thaddeus Taylor          : Civ. L No. 3:02 CV 229 (DJS)
                         :
      v.                 :
                         :    FILED
John Rowland, et al      :    2004 JUN -7 P 4:48
                              U.S. DISTRICT COURT
                              BRIDGEPORT, CONN
                         : June 7, 2004

PLAINTIFF'S MOTION FOR COURT ORDER
DIRECTING the Defendant to TAKE the
PLAintiff TO UCONN For MEDICAL TREATMENT

The Plaintiff Thaddeus Taylor, in the above captioned case, now moves this Honorable Court for an order directing the defendants to immediately transport the Plaintiff to UConn Medical Center, for the purpose of receiving medical treatment, to include surgery on his mid & lower back "spinal cord" injury and/or to see a neurologist to determine what is wrong with the Plaintiff's back, spinal cord, arms and wrists... todate the defendants have refused to take the plaintiff to UConn Medical treatment to receive adequate medical care... On April 17, 2003 the Plaintiff was given X-rays -- to which indicated that the Plaintiff had some medical condition(s) at C5-6 of the Plaintiff's spinal cord -- however todate the defendants have refused to provide the Plaintiff with any medical care to correct this

—2—

medical condition -- in their efforts to avoid further lawsuits or liabilities and as retaliation against the Plaintiff. Infact, for the past several years the defendants only prescribed the Plaintiff with "Mortin" 400mg for his back pains and medical conditions -- when the Plaintiff complained of more severe pains the defendants offered more "Mortin" 800mg.

The Plaintiff respectfully submits to the Court that his back is seriously causing him pain, and at times the Plaintiff arms, legs go numb -- the Plaintiff is also unable to lay on his stomach without severe pain -- and have difficulties sleeping at night.

Accordingly, the Plaintiff respectfully request the Court issue an order directing the defendants at Cheshire CI & CT-DOC to immediately transport the Plaintiff to "UConn Medical Center" or outside Hospital to receive adequate medical care for his medical conditions -- the Plaintiff requests that the Court direct the defendants to allow the Plaintiff to be seen by a Neurologist as well and be given adequate medical care -- to include Surgery.

Respectfully Submitted
Thaddeus Taylor
Cheshire CI
900 Highland Ave
Cheshire, CT 06410

Certificate of Service

I Certify that a copy of the foregoing motion was mailed to AAG Michael Lanoue, Attorney General office, 110 Sherman Street, Hartford CT 06105, on this 1st day of June, 2004 postage prepaid.

Thaddeus Taylor
Thaddeus Taylor #237850