UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THADDEUS TAYLOR | : | CIVIL NO. 3:02CV229 (DJS) (TPS) |
| v. | : | |
| JOHN ROWLAND, ET AL. | : | JUNE 15, 2004 |

## MOTION FOR SETTLEMENT CONFERENCE

The defendants in the above-entitled matter respectfully request the Court conduct a settlement conference in the above-entitled matter. Defendants represent they have conducted discussions with the plaintiff and believe a settlement conference might resolve this litigation.

        DEFENDANTS
        John Rowland, et al.

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL


BY:_____/s/_____
        Michael J. Lanoue
        Assistant Attorney General
        110 Sherman Street
        Hartford, CT  06105
        Federal Bar #ct05195
        E-Mail:  michael.lanoue@po.state.ct.us
        Tel: (860) 808-5450
        Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 15th day of June 2004:

Thaddeus Taylor #237855
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

_____/s/_____
Michael J. Lanoue
Assistant Attorney General