# CORRECTIONAL MANAGED HEALTH CARE - MEMORANDUM
## MANSON YOUTH INSTITUTE, CHESHIRE CORRECTIONAL INSTITUTE, WEBSTER CORRECTIONAL INSTITUTE

**DATE:** JUNE 16, 2004
**TO:** CLYDE MCDONALD, F.O.D.
**FROM:** RICHARD BUSH, H.S.A.
**RE:** CHART REVIEW—TAYLOR, THADIUS (237855)

The following is a chart review completed by this writer on June 16, 2004. It includes a review of the medical progress notes and physician order sheets as well as a review of the health records that were sent from the Federal Bureau of Prisons. Particular attention was paid to inmate complaints concerning back pain and numbness to his arms and legs.

1.) Initial CDOC admission 4/5/95. On 6/6/95 seen by nursing staff and complains of lower back pain. States that he was placed in RHU without a mattress on 5/13/95. Inmate requesting 2 mattresses stating mattress is "too thin". Nurse notes inmate is ambulating without difficulty and ROM without difficulty. Motrin 200mg po TID ordered for 5 days.

2.) On 6/16/95 inmate was seen by nurse for triage. Inmate complained of lower back pain and states that Motrin helped but he was only on it for 5 days. Motrin 600mg po TID ordered for 14 days, analgesic also ordered for back PRN.

3.) On 7/3/95 inmate seen by nurse and complained of back pain. Inmate states history of back pain since 5/13/95. Nurse notes no edema, no eccymosis, no deformity. Motrin 200mg, 2 tabs q 4-6 hrs po PRN ordered for 3 days. Analgesic ordered for back, apply BID PRN for 7 days.

4.) On 7/22/95 inmate transferred to Northern CI. Inmate states injured back 5/13/95 (sore back) and uses Motrin.

5.) On 8/7/95 inmate was discharged from CDOC to Federal Authorities.

6.) On 5/31/96 inmate was readmitted to CDOC for consignment.

7.) On 7/2/96 Inmate seen by nursing staff. Inmate complaining of back pain. Nurse notes Gait WNL. Motrin 400mg po q 6 hrs PRN ordered.

8.) On 7/8/96 Inmate seen by nursing staff complaining of chest pain. Inmate indicates pain in chest to left shoulder. Nurse notes no difficulties breathing and normal pulse. Inmate states that he had been on Motrin in the past and it helped. Assessed as muscular pain.

9.) On 7/5/96 inmate seen by nurse complaining of lower back pain. Motrin 400mg ordered.

10.) On 7/10/96 inmate seen for MD sick call. Inmate reports that his chest hurt after push-ups. Assessed by MD as muscular skeletal pain. Ordered Motrin 400 mg po q 6 hrs PRN.

11.) On 7/24/96 at 5:30pm inmate evaluated by nurse after assaulting a correctional staff member. Nurse notes that inmate was restrained by staff on the floor after the assault and the inmate continued to resist until inmate was restrained on the bed. Nurse notes a contusion on the right side of the face, edema of upper lip. Placed in 4-point restraints. Restraints checked by nursing staff and applied properly.

12.) On 7/25/96 at 12:45am inmate seen by nursing staff. Inmate complained of back pain, right knee pain, back of head and neck pain. Nurse notes ½" laceration on left side of forehead, left eye red, 2" diameter contusion of upper left cheek, abrasion of left lower lip. Nurse notes no visible signs of injury to back, knee, or neck. Continued Motrin 400mg q 6 hrs PRN. MD assessment next available appt.

13.) On 7/26/96 at 7:00pm inmate seen by nursing staff. Complains of edema left wrist. Inmate states that this was due to the "black box" style restraint system which was applied when transported to court. Ordered Motrin 600mg po NOW.

14.) Scheduled for MD sick call 7/29/96. Inmate at court. Appt. rescheduled.

15.) On 7/31/96 inmate refused to see MD. Refusal Form completed by staff.

16.) On 8/20/96 inmate submitted a request to see MD. Inmate requesting an X-ray of ribs, back, and spinal cord. Inmate also complaining of migraine headaches and requesting to see a Neurologist for numbness in hands.

17.) On 8/21/96 inmate scheduled to see MD. Unable to see due to facility lockdown due to computer problems.

18.) On 8/26/96 inmate evaluated by Dr. Farinella. Inmate complained of bilateral numbness in hands since 7/24/96 after being restrained. Also complained of lower back pain, pain in ribs, numbness in cheek, and numbness in hands and between thumb and index finger. MD noted good sensation to painful stimuli and light touch. Motrin 600mg po BID ordered for 6 months for back pain. MD noted no further treatment needed for hand numbness as sensation in hands were intact.

19.) On 8/27/96 inmate discharged from CDOC to federal authorities.

20.) On 12/3/96 inmate readmitted to CDOC for consignment.

21.) Seen by nursing staff on 12/3/96. Inmate complained of back discomfort and stated that he was on Motrin. Nurse notes no current order for Motrin. Inmate referred to sick call.

22.) Seen by nursing staff on 3/4/97. Inmate requesting Advil for his back. Nurse notes non-specific in regards to back problems. No meds given.

23.) On 3/19/97 nurse received call from court stating that inmate was complaining of migraine headaches and told Judge that he has history of migraine headaches. Ordered to return to the facility and be evaluated by medical and then returned to court. Nurse notes that inmate

was observed walking out of the van into cell with quick, steady gait. Inmate smiling, talkative, and requesting to see the MD. B/P 128/60, R 18, P 70, PEARL, No photosensitivity, denies syncope. Inmate reports diagnosed with migraine headaches prior to incarceration. Tylenol 325mg 2 tabs given for headache and inmate returned to court.

24.) On 4/24/97 inmate was ordered Motrin 800mg po BID for two weeks by Dentist.

25.) On 5/29/97 inmate transferred from CDOC to home jurisdiction.

26.) On 7/17/98 inmate released from home jurisdiction with Connecticut sentence to follow.

27.) On 11/7/01 inmate returned from CUSCOM to CDOC to start serving sentence.

28.) On 11/7/01 intake completed by nursing staff. Inmate denies any medical or dental issues. Asking for Protective Custody status due to being a former Correctional Officer.

29.) On 11/26/01 inmate seen by nursing staff. Inmate requesting a "medical pillow" due to back problems. Inmate claimed he was abused by officers. Nurse notes no apparent distress, full range of motion to all extremities. Pillow denied.

30.) On 6/27/02 inmate seen in nursing sick call. Inmate requesting an ace wrap and knee support so when he plays basketball his knees and ankles won't hurt. Inmate requesting Motrin for lower back pain. Inmate claims that he was beat up by staff years ago. Nurse notes good range of motion in all extremities, no swelling, no deformity, steady gait, able to bare weight, and able to touch toes without difficulty. Referred to MD.

31.) On 7/11/02 seen by Dr. Ruiz. Inmate signs off on ace wraps. MD explains that the use of ace wraps may further damage his injured joints. Inmate signs off on taking full responsibility for further injury. Dr. Ruiz orders inmate not to play basketball or sports which can further hurt/damage his joints. Motrin 400mg TID ordered for 90 days.

32.) On 9/27/02 inmate seen by nursing staff. Inmate states he needs an X-ray of his back due to an injury in 7/96. Inmate claims he was beat up in DOC. Nurse notes no X-ray on file. Inmate reports numbness on palms of his hands after falling when he jumped off the top bunk. Complains of lower back pain. Later in evaluation inmate states that palms of hands are not numb instead they are painful. No limit to range of motion noted by nurse.

33.) On 10/3/02 inmate re-evaluated by Dr. Ruiz. MD notes that inmate walked into office with normal gait and in no apparent distress. Inmate reported a single episode of transient right wrist/hand weakness when he "jumped" down from upper bunk. Inmate reports running into wall in front of his bed with extended right wrist, developed numbness and tingling of right hand which lasted a few hours. Inmate reported that he is "better" and back to baseline at this time. Inmate questioned whether lumbar back injury caused the problem. MD assessed inmate and noted inmate can touch chin to chest, can fully extend neck, can rotate 70 degrees to left and right, 5/5 motion in upper extremities bilateral symmetrical, 5/5 hand grasp strength bilateral, other tests performed which appear to be WNL. MD notes normal PE.

34.) On 4/3/03 inmate seen by Dr. Ruiz. Complained of back pain and stated Motrin has helped. MD notes 5/5 motion in upper and lower extremities. Motrin 400mg po TID ordered for 90 days.

35.) On 4/10/03 inmate seen by Dr. Ruiz. Inmate states that he was seen by Federal Physicians for back pain and was told he was a surgical candidate at that time. Inmate complained of thoracic and lumbar back pain. MD noted full range of motion of neck, inmate can bend and touch toes with knees locked, inmate can walk on heals and toes without difficulty, 5/5 motion in upper and lower extremities bilateral symmetrical, back is symmetrical without muscular hypertrophy, normal gait. MD notes normal neurological exam. MD requests ROI for Federal records. X-ray of C-T-LS spine ordered.

36.) Diagnostic Radiology Report 4/16/03 of AP and Lateral of Cervical, Thoracic, and Lumbar Spine. Conclusion: Cervical, thoracic, and lumbar spine demonstrate no fracture or dislocation. There is mild degenerative joint disease of cervical spine at C5-6. Radiology report signed of by Dr. Ruiz on 4/21/03.

37.) Federal Bureau of Prisons health record information received by CDOC. Only reference to back pain is on 8/14/00. Inmate complained of lower back pain. Physician Assistant, John Smith, noted inmate with full range of motion of lower back without pain. Motrin 400mg TID ordered. On 9/11/96 medical clinician notes history of lumbar injury and states X-ray of LS ordered. No Radiology report noted.

38.) On 9/10/03 inmate refused MD sick call.

39.) On 10/15/03 Dr. Ruiz ordered Motrin 400mg po TID for 90 days.

40.) On 1/22/04 Motrin 600mg po q 6 hrs for pain ordered by Dentist.

41.) On 1/28/04 Motrin 800mg po q 6-8 hrs for pain ordered by Dentist due to tooth extraction.

42.) On 2/4/04 Telephone order given by MD for Motrin 800mg po TID PRN for 5 days. Co-signed by APRN Patterson.

43.) On 2/24/04 inmate seen by nurse and reports having chronic lower back pain since 1996 due to physical altercation with another person. Inmate requests an order for Motrin 800mg. Referred to APRN for evaluation.

44.) On 2/26/04 inmate ordered Motrin 800mg po TID PRN for 60 days by APRN Patterson.

45.) On 4/29/04 inmate ordered Motrin 800mg po TID PRN for 6 months by APRN Patterson.

46.) On 6/15/04 inmate called to medical department at Cheshire CI to receive copies of his medical record since 4/16/04 per Attorney Generals Office. Inmate previously issued copies of medical file on 4/16/04. Inmate refused the copies and stated that he is to receive a complete notarized copy of his record per court order because he has two different cases pending. Medical Records staff note that inmate reported that the 4/16/04 copies were not notarized.

47.) On 5/19/04 inmate ordered bottom bunk pass for one year from Dr. Ruiz.

48.) As of 6/16/04 inmate has not submitted a sick call request to the Cheshire CI medical department. Inmate is not on the nursing triage list, nursing sick call list, or the MD sick call list at this time.

Page: 1  Document Name: session1

```
NAME: TAYLOR,THADIUS              NUMBER: 00237855            DOB: 04/07/1968
LOCATION: CHESHIRE CC             JURISDICTION: CHESHIRE CC   STATUS: SENTENCED
LOCATION ENTRY TYPE: TRANSFER AMONG DOC LOCATIONS             DATE: 05/05/2004
OFFENSE: 53A167C   ASSAULT ON POLICE OR FIRE OFFICER   CF     BOND:         0
SENTENCE: MIN:    0 Y  0 M   0 D  MAX:    6 Y  0 M   0 D
RELEASE DATES:   MIN: 00/00/0000  MAX: 02/23/2007     DETAINERS:
SPECIAL MANAGEMENT:                                   ESTIMATED:
DNA FELONY . SWAB .........                                         PROFILE
                                  DNA N DRWN ........ CONFM ........
RACE: BLACK          SEX: MALE        HAIR COLOR: BLACK     EYES: BROWN
HEIGHT: 6 FT 01 IN   WEIGHT: 180 LBS  MARITAL STATUS:       DEPENDENTS: 0
EDUCATION LEVEL: 15  MILITARY:        MED INSURANCE: Y      MVD:
SSN: 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     FBI #: 4587XA5   OTHER #:              SPBI #: 00443359
BIRTHPLACE:  HARTFORD                 CITIZENSHIP: UNITED STATES
HOME ADDRESS: 353 ELM ST      TOWN: WINDSOR LOCKS    STATE: CT  ZIP:

* * * * * * * * * * EMERGENCY CONTACT INFORMATION * * * * * * * * * * *
NAME:    CHARLES,TAYLOR           RELATION: FATHER         PH: 203  247 1719
STREET:  180 BROOK ST             TOWN: HARTFORD    STATE: CT ZIP: .....

PRIOR LOCATION: 140   FILE LOCATION: 125    MED FILE:
INITIAL DOC ADMISSION: 04/05/1995           LATEST DOC ADMISSION: 12/03/1996
C120 06/16/2004 CT DEPT OF CORRECTION  - FACE SHEET DISPLAY  RT50 C1541 END

TRANSACTION: RT50   NUMBER: 00237855
```

Page: 1 Document Name: session1

```
MOVEMENTS        NUMBER:   237855     NAME:  TAYLOR,THADIUS              PAGE   1
FILE:  CHESHIRE CC                    MED FILE:
                                       DATE      SEQ    LOCATION          JUR  STA
TRANSFER AMONG DOC LOCATIONS          5/05/2004   1   125 CHESHIRE CC     125   G
TRANSFER AMONG DOC LOCATIONS          4/30/2004   1   140 CORR/RAD CC     140   G
TRANSFER AMONG DOC LOCATIONS          2/24/2004   1   128 BROOKLYN CCC    128   G
TRANSFER AMONG DOC LOCATIONS          2/17/2004   1   124 CORR/RAD CC     124   G
TRANSFER AMONG DOC LOCATIONS          2/05/2004   1   140 CORR/RAD CC     140   G
TRANSFER AMONG DOC LOCATIONS         12/08/2003   1   124 CORR/RAD CC     124   G
TRANSFER AMONG DOC LOCATIONS         11/08/2001   1   125 CHESHIRE CC     125   G
RETURN FROM CUSCOM                   11/07/2001   1   137 MCDGL/WLKR CI   137   G
START SERVING SENTENCE (1+)           8/07/2001   1   6US CUSCOM TO US    35A   G
RLSED TO HOME JURIS, CT SENT TO FOLLOW 7/17/1998  1   6US CUSCOM TO US    35D   G
TRANSFER TO HOME JURIS, CT SENT CONC  5/29/1997   1   6US CUSCOM TO US    35C   G
SENTENCED BY COURT                    5/20/1997   1   141 NORTHERN CI     5US   G
SENTENCED BY COURT                    4/11/1997   1   141 NORTHERN CI     5US   G
READMISSION, FOR CONSIGNMENT         12/03/1996   1   141 NORTHERN CI     5US   U
DISCHARGE TO FEDERAL AUTHORITIES      8/27/1996   1   900 DISCHARGE       900   U
TRANSFER AMONG DOC LOCATIONS          7/24/1996   1   141 NORTHERN CI     5US   U
TRANSFER AMONG DOC LOCATIONS          7/19/1996   1   122 NEW HAVEN CCC   5US   U

C120   6/16/2004     CT DEPT OF CORRECTION - MOVEMENTS - RT60

TRANSACTION: P/N    NUMBER:  00237855                         ENTER FOR NEXT PAGE
```

Date: 06/16/2004 Time: 07:58:39 AM

Page: 1 Document Name: session1

```
MOVEMENTS          NUMBER:    237855      NAME:  TAYLOR,THADIUS
FILE:   CHESHIRE CC                       MED FILE:                    PAGE    2
                                          DATE      SEQ     LOCATION        JUR STA
READMISSION, FOR CONSIGNMENT              5/31/1996  1   123 BRIDGEPORT CC  5US  U
DISCHARGE TO FEDERAL AUTHORITIES          8/07/1995  1   900 DISCHARGE      900  X
TRANSFER AMONG DOC LOCATIONS              8/04/1995  1   121 HARTFORD CCC   5US  X
TRANSFER AMONG DOC LOCATIONS              7/22/1995  1   141 NORTHERN CI    5US  X
TRANSFER AMONG DOC LOCATIONS              7/10/1995  1   123 BRIDGEPORT CC  5US  X
TRANSFER AMONG DOC LOCATIONS              6/28/1995  1   121 HARTFORD CCC   5US  X
TRANSFER AMONG DOC LOCATIONS              6/27/1995  1   123 BRIDGEPORT CC  5US  X
TRANSFER AMONG DOC LOCATIONS              6/21/1995  1   121 HARTFORD CCC   5US  X
TRANSFER AMONG DOC LOCATIONS              6/19/1995  1   123 BRIDGEPORT CC  5US  X
TRANSFER AMONG DOC LOCATIONS              6/16/1995  1   114 MCDGL/WLKR CI  5US  X
TRANSFER AMONG DOC LOCATIONS              5/10/1995  1   123 BRIDGEPORT CC  5US  X
TRANSFER AMONG DOC LOCATIONS              4/11/1995  1   121 HARTFORD CCC   5US  X
NEW ENTRY, FROM FEDERAL AUTH              4/06/1995  1   114 MCDGL/WLKR CI  5US  X
                                          4/05/1995  1   121 HARTFORD CCC   5US  X
```

C120  6/16/2004   CT DEPT OF CORRECTION - ALL MOVEMENTS-RT60          END

TRANSACTION: P/N    NUMBER:  00237855

Page: 1 Document Name: session1

```
          CLASSIFICATION   NUMBER:  00237855 NAME: TAYLOR,THADIUS
          TRANSACTION DATE:   05 05 2004    CLASSIFICATION TYPE:   RI

                                   RISK
     ESCAPE              1     SEV/VIOL OF OFF    4    VIOLENCE HISTORY   1
     LENGTH OF CNFNMT    4     DETAINERS          1
     DISCIPLINE          2     SEC RISK GROUP     1    OVERALL            3

MANAGEMENT SUBCODES:      P  A  F  PC

COMMENT:    PC APPROVED 5/5/04 PER OCPM


INMATE NEEDS     RANK     SUBCODES
MEDICAL           2       T . .
MENTAL HEALTH     2       T...           DATE OF LAST R SCORE CHG 09/05/2003
EDUCATION         2       MU...          % T.SERVED SINCE R SCORE CHG  22.51
ALCOHOL/DRUG      2       ....
VOCATIONAL        2       MU             ASSIGNED FACILITY - 125
SEXUAL TRTMNT     1       V.
RESIDENCE         3       123            DATE OF NEXT REGULAR REVUE 09/03/2004
                                         LAST UPDATED BY CRC4527
                                         ON 05/05/04 AT 12:10

C120           CT DEPT OF CORRECTION CLASSIFICATION DISPLAY - RT77
TRANSACTION: RT77   NUMBER:  00237855
```

Date: 06/16/2004 Time: 07:59:20 AM