UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THADDEUS TAYLOR | : | CIVIL NO. 3:02CV229 (DJS) (TPS) |
| v. | : | |
| JOHN ROWLAND, ET AL. | : | JUNE 15, 2004 |

### OBJECTION TO PLAINTIFF'S MOTION TO BE TAKEN TO UCONN FOR MEDICAL TREATMENT

The defendants object to the plaintiff's motion to be taken to UConn for medical treatment for the reasons set forth in the accompanying memorandum of law. The defendants further request, if this objection is not deemed sufficient to deny said motion, for a hearing before the Court.

DEFENDANTS
John Rowland, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:_____/s/_____
Michael J. Lanoue
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct05195
E-Mail: michael.lanoue@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 18th day of June 2004:

Thaddeus Taylor #237855
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

_____/s/_____
Michael J. Lanoue
Assistant Attorney General