UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Thaddeus Taylor        :   Civil No. 3:02CV229 (DJS)

v.                     :   2004 JUN 28 P 5:08
                           U.S. DISTRICT COURT
John Rowland, et al    :   June 22, 2004  BRIDGEPORT CONN


AFFIDAVIT OF THADDEUS TAYLOR IN SUPPORT
OF MOTION FOR COURT ORDER TO TAKE
PLAINTIFF TO UCONN MEDICAL CENTER

1. I am a U.S. Citizen, above the age of 18 years old.
2. I understand and believe in the oath.
3. I'm the Pro Se Plaintiff in the above captioned matter. I have also reviewed the defendants Memorandum of Law objecting to my request for Court order directing CT-DOC to transport me to UCONN Medical Center... The "unsworn" document prepared by Mr. Richard Bush, HSA dated June 16, 2004 does not adequately depicts the truth with respect to the numberous times I have requested medical care, and further medical care from CT-DOC medical stuff with respect to my spinal cord, back and numbness in my arms and hands. Mr. Bush has never treated or evaluated me... I'm not even sure if he is a Medical Doctor.
4. Since July 24, 1996, until the present date...
   I have repeatedly requested medical care and further medicare for my back, spinal cord and arm and hands... To date, I have not received adequate medical care... For the past several years I've been given "Motrin" beginning at 200mg, 400mg, 600mg and now 800mg.

-2-

5. While at Cheshire CI... I also have made repeated Requests for further Medical Care for my back and Spinal Cord and arms... I Submitted Several Medical Requests for Sick Call; I've Filed Medical grievances about this issue and I've wrote to the Commissioner of Corrections, Warden at Cheshire CI, Major at Cheshire CI and Medical staff at Cheshire CI... To date, Nobody have Responded back or gave me further Medical Care. On or About April, 2003... I've been waiting to be seen by a Doctor at UConn and have not been take yet... to UConn.

6. I also spoke to Dr. Ruiz about this... he told me that he was the only Dr. that could Recommend further treatment at Cheshire CI... and he wasn't ordering such... My BACK PAIN is getting worst... and the "Motrin" is taking a toll on me... I can't be on Motrin forever. I need Adequate Medical Care for my Medical Conditions. Medical staff at "Cheshire CI" is known to be "neglectful" to inmate Needs.

7. I believe I'm not getting adequate treatment because CT-DOC don't want to admit my back was serious injured/permanently by prison officials on July 24 1996... and Neglected Medical Care thereafter.////////

(7a) I swear the above Statements are true and correct, under Penalty of Perjury. (7a)

Thaddeus Taylor #237855
Cheshire CI
900 Highland Ave
Cheshire, CT 06410

Certificate of Service

I Certify that a copy of this motion was mailed to Attorney Michael Lanoue, Attorney General's Office, 110 Sherman Street, Hartford, CT 06105, in this 22 day of June, 2004 postage prepaid.

Thaddeus Taylor - Pro Se