UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THADDEUS TAYLOR | : | PRISONER<br>CIVIL NO. 3:02CV229 (DJS)(TPS) |
| v. | : | |
| JOHN ROWLAND, ET AL. | : | JUNE 30, 2004 |

### REQUEST TO WITHDRAW ACTION

The pro se plaintiff in this action, Thaddeus Taylor, requests withdrawal of this action, with prejudice.

PLAINTIFF<br>
Thaddeus Taylor

BY: _____/s/_____
Thaddeus Taylor #237855
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

### CERTIFICATION

I hereby certify that a copy of the foregoing was hand-delivered to the following on this 30th day of June 2004:

Michael J. Lanoue
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

_____/s/_____
Thaddeus Taylor