UNITED STATES DISTRICT COURT
DISTRICT OF Connecticut

Thaddeus Taylor            : Civil No. 3:02CV229(DJS)
    Plaintiff,
        v.
John G. Rowland,           :
John Armstrong, et al      : August 2, 2004
        Defendants

FILED
2004 AUG -5  P 5:11
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

## PLAINTIFF'S MOTION TO REOPEN CASE -- FOR GOOD CAUSE AND DEFENDANTS FAILURE to ADHERE TO AGREEMENT

The Plaintiff Thaddeus Taylor, in the above captioned case respectfully moves this Honorable Court for an order granting permission to 'Reopen' the above captioned matter... for good cause and as a result of the Defendants violation(s) of the agreement to settle this matter.

Specifically, the Plaintiff respectfully submits that the defendants were required to provide the Plaintiff with a settlement check of $2000.00 within 30 days of the signing of the agreement to settle; additionally the defendants agreed not to seek any funds from the Plaintiff from the Settlement proceeds.

To date, the defendants have not provided the Plaintiff with the settlement payment within 30 days... as of this date August 2, 2004 The defendants have not complied to the provisions of the 'Settlement' agreement in which specifically, required them to provide

Payment to the Plaintiff by or before July 27, 2004. The Plaintiff also respectfully submits that the defendants have now... violated the 'good faith' understanding of the Settlement in that the defendants (to include the State of Connecticut - DOC) agreed <u>not</u> <u>to</u> <u>seek</u> <u>in</u> <u>any</u> <u>manner</u>, the proceeds from this Settlement Agreement.

The Plaintiff submits that the defendants breach the contractual agreement and the terms of the Settlement and have also entered the agreement in "bad faith"... thus, requests this Honorable Court issue an order to Reopen this matter. As previously indicated the Plaintiff received no monies todate from the defendants... and the defendants have now breached the Settlement agreement, in which the Plaintiff is no longer willing to overlook.

Wherefore it is so moved.

Respectfully Submitted
Thaddeus Taylor more
Thaddeus Taylor #237855
Cheshire CT
900 Highland Ave
Cheshire, CT 06410

<u>Certificate of Service</u>

I certify that a copy of this motion was mailed to AAG Michael Lanoue, Attorney General Office, 110 Sherman Street Hartford, CT 06105 on this 2nd day of August 2004.

Thaddeus Taylor pro se

— 2 —