UNITED STATES DISTRICT COURT
District of Connecticut

Thaddeus Taylor,
  Plaintiff,
v.
John G. Rowland,
John Armstrong, et al
  Defendants

Civil No. 3:02CV229 (DJS)

FILED
August 2004 AUG -5 P 5:11
U.S. DISTRICT COURT

## AFFIDAVIT IN SUPPORT of MOTION TO REOPEN CASE -- For Good Cause

1. I'm a U.S. citizen above the age of 18 years old.
2. I believe in the oath.
3. I'm the Pro se Plaintiff in the above captioned case. On or about June 27, 2004, I entered into a settlement agreement with the defendants (State of Connecticut) for $2000.00 -- and they agreed not to seek any of the proceeds for any reason whatsoever -- in exchange for a settlement of this lawsuit. The defendants were also required to provide me with the payment within 30 days -- or July 27, 2004.
4. To Date, I have received no money from the defendants as was required under the settlement agreement; And the defendants have attempted to seek proceeds from me -- from the 'settlement' (albiet, I haven't received any money). I believe this is a breach of the settlement agreement and I no longer wish to settle this case.

I swear under penalty of perjury the above statement is true and correct.

Thaddeus Taylor #237805, Pro se
Cheshire CI
900 Highland Ave
Cheshire, CT 06410

### Certificate of Service

I certify that a copy of this Affidavit was mailed to Ann Murphy Lynch, Attorney General Office, 110 Sherman Street, Hartford, CT 06105 on this 2nd Day of August, 2004, postage prepaid.

Thaddeus Taylor (Pro se)