UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THADDEUS TAYLOR | : | PRISONER<br>CIVIL NO. 3:02CV229 (DJS)(TPS) |
| V. | : | |
| JOHN J. ARMSTRONG, ET AL. | : | AUGUST 17, 2004 |

## OBJECTION TO PLAINTIFF'S MOTION TO REOPEN CASE

The defendants respectfully object to plaintiff's motion to reopen the above-entitled civil action for all of the following reasons:

1.  The case was withdrawn with prejudice by the plaintiff in accordance with a settlement agreement entered into by the parties.  See Settlement Agreement, attachment, para. 1.

2.  The Settlement Agreement was signed by the parties on June 30, 2004.  See Settlement Agreement.

3.  The processing and delivery of the settlement check was inadvertently delayed by defense counsel needing to obtain the plaintiff's signature on a W-9 Taxpayer Identification Verification Form.  See Exhibit A, attached.

4.  On July 29, 2004, a check for $2,000.00 was forwarded to the Warden at the Cheshire Correctional Institution to be credited to the plaintiff's inmate account.  As an inmate, the plaintiff cannot receive cash or checks personally.  See Exhibit B, attached.

5.  The plaintiff incorrectly represents to the Court that the Settlement Agreement provides the State agreed "not to seek in any manner, the proceeds from this settlement agreement." Rather, the State agreed not to seek "costs of incarceration" from the proceeds of this settlement. See Settlement Agreement, para. 4.

6.     The State of Connecticut has not sought to recover costs of incarceration from the plaintiff from any source, including the proceeds of this settlement.

7.     The plaintiff has other civil rights actions pending against various defendants.  These defendants have informed Mr. Taylor that they will seek costs if they prevail and have requested that the Court order a bond for costs in those cases.  The defendants in those cases have a clear legal right to costs if they prevail as any other defendant in a civil action and a right to request a bond.  The plaintiff is not being treated any differently than any other plaintiff.

8.     The defendants in this case have not violated the Settlement Agreement and, in any case, the appropriate remedy would be to enforce the provisions of the Agreement.  In this case, the defendants have paid the $2,000.00 and are not seeking costs of incarceration from those proceeds.  Thus, there is nothing to enforce.

9.     The defendants have acted in good faith in accordance with the terms of the Settlement Agreement.  The Court should require the plaintiff to do the same.

          DEFENDANTS
          John Armstrong, et al.

          RICHARD BLUMENTHAL
          ATTORNEY GENERAL

BY _____/s/_____
          Michael J. Lanoue
          Assistant Attorney General
          110 Sherman Street
          Hartford, CT  06141-0120
          Tel: (860) 808-5450
          Fax: (860) 808-5591
          Federal Bar #ct05195

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 17th day of August 2004:

Thaddeus Taylor #237855
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

_____/s/_____
Michael J. Lanoue
Assistant Attorney General