UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THADDEUS TAYLOR | : | PRISONER<br>CIVIL NO. 3:02CV229 (DJS)(TPS) |
| v. | : | |
| JOHN ROWLAND, ET AL. | : | JUNE 30, 2004 |

### SETTLEMENT AGREEMENT AND GENERAL RELEASE

This Settlement Agreement and General Release ("Agreement") is made and entered into by and between Thaddeus Taylor #237855, on behalf of himself and his agents, representatives, heirs, executors, administrators, survivors and assigns (hereinafter referred to as "Mr. Taylor"), and the State of Connecticut and its officials, employees and representatives.

### RECITALS

**WHEREAS**, Mr. Taylor filed complaints against the State of Connecticut, its employees and officials with the United States District Court for the District of Connecticut; Civil No. 3:02CV229 (DJS)(TPS), claiming, among other things, that the defendants failed to provide him with adequate mental health care and discriminatory treatment at the Cheshire Correctional Institution; and

**WHEREAS**, the defendants and the State of Connecticut denies Mr. Taylor's allegations in these proceedings and denies they acted wrongfully with respect to his needs or the denial of any Federal, State, ordinance, guideline, statute, right, regulation, order or common-law principle with respect to his claims; and

**WHEREAS**, the parties desire to avoid further litigation and controversy and wish to resolve, settle and compromise any and all of Mr. Taylor's claims, and all differences between and among them which could give rise to a claim in this cause of action.

1. The plaintiff agrees to withdraw this action; <u>Taylor v. Rowland, et al.</u>, 3:02CV229 (DJS)(TPS), with prejudice.

2. The State of Connecticut on behalf of the defendants will pay the sum of $2,000 within 30 days of the signing of this agreement by Mr. Taylor and a representative of the State.

3. The State of Connecticut shall pay to the plaintiff the sum of $2,000 within 30 days of the Settlement Agreement and provided the plaintiff has withdrawn, with prejudice, the above captioned matter.

4. The State of Connecticut, its officials, employees, agents and representatives shall not seek to recover costs of incarceration as provided in Conn. Gen. Stat. § 18-85a or as provided elsewhere under Connecticut law from the $2,000 paid to the plaintiff in accordance with this Agreement.

5. In consideration of this Agreement, Mr. Taylor fully releases and discharges the State of Connecticut and each of its respective current and former employees, officers, agents, successors, legal representatives and assigns, from any and all civil claims, actions, causes of action, demands, rights, damages, costs, expenses, attorney's fees (except as herein before provided) and compensation in any form whatsoever, whether known or unknown, which he had or now currently has, against the State of Connecticut, including all claims on account of or in any way growing out of ~~his incarceration by the State of Connecticut and/or his transportation by~~ the claims made in civil action Taylor v. Rowland 3:02 CV 229 (DJS)(TPS) claims which ~~the State of Connecticut, claims which~~ were or could have been asserted in the litigation, claims

for legal fees and expenses, and any and all claims for damages, or injury to any entity, person, property or reputation, claims for emotional distress, breach of contract, economic loss, ~~commissions, wages, bonuses,~~ incentives, ~~severance compensation, employment benefits, workers' compensation, unemployment~~ compensation, tort claims and claims under any other Federal, Stat or local law, statute, ordinance, guideline, regulation, order or common-law principle *in Taylor v. Rowland, 3:02 CV 229 (DJS)(TPS)*. This provision does NOT apply, however, to any and all pending litigation, whether civil actions, appeals or otherwise, by Mr. Taylor brought in any State or Federal court including, but not limited to, Taylor v. Armstrong, 3:96CV901 (WIG) and Taylor v. Armstrong, 3:97CV973 (WIG). *The intent of the parties is simply to settle all claims made solely in Taylor v. Rowland, 3:02 CV229.*

6.    The parties expressly state that nothing in this Agreement shall be construed as an admission of wrongdoing by any defendant, the State of Connecticut, its employees, agents, officers, officials or representatives of any kind. The plaintiff does not admit or agree necessarily with the assertions of the defendants. Rather, this Agreement represents a compromise of disputed issues of fact and law.

_____
Thaddeus Taylor #237855

Date: June 30, 2004

_____
Michael J. Lanoue
Assistant Attorney General

Date: 6/30/2004

3



**RICHARD BLUMENTHAL**
ATTORNEY GENERAL

Office of The Attorney General
## State of Connecticut

MacKenzie Hall
110 Sherman Street
Hartford, CT 06105-2294

Tel: (860) 808-5450
Fax: (860) 808-5591

July 7, 2004

Thaddeus Taylor #237855
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

Re:   Taylor v. Rowland, et al.
      Civil No. 3:02CV229 (DJS)(TPS)

Dear Mr. Taylor:

   I inadvertently forgot to have you sign the enclosed W-9 Taxpayer ID Verification form when I met with you last week. This form is for the Comptroller's Office only, and does not get filed with the IRS.

   Kindly sign where indicated and return same to me as soon as possible so processing of your settlement check can go forward.

   I apologize for the oversight.

                            Very truly yours,

                            Michael J. Lanoue (bjo)

                            Michael J. Lanoue
                            Assistant Attorney General

MJL/bjo

| Form **W-9** (Rev. November 1999) Department of the Treasury Internal Revenue Service | **Request for Taxpayer Identification Number and Certification** | Give form to the requester. Do NOT send to the IRS. |

**Please print or type**

Name (If a joint account or you changed your name, see Specific Instructions on page 2.)

Business name. If different from above. (See Specific Instructions on page 2.)

Check appropriate box:  ☐ Individual/Sole proprietor   ☐ Corporation   ☐ Partnership   ☐ Other ▶ ..............

Address (number, street, and apt. or suite no.)

City, state, and ZIP code

Requester's name and address (optional)

## Part I — Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. For individuals, this is your social security number (SSN). However, if you are a resident alien OR a sole proprietor, see the instructions on page 2. For other entities, it is your employer identification number (EIN). If you do not have a number, see How to get a TIN on page 2.

**Note:** If the account is in more than one name, see the chart on page 2 for guidelines on whose number to enter.

Social security number: ☐☐☐-☐☐-☐☐☐☐

OR

Employer identification number: ☐☐-☐☐☐☐☐☐☐

List account number(s) here (optional)

## Part II — For Payees Exempt From Backup Withholding (See the instructions on page 2.)

## Part III — Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. (See the Instructions on page 2.)

| Sign Here | Signature ▶ | Date ▶ |

**Purpose of form.** A person who is required to file an information return with the IRS must get your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9, if you are a U.S. person (including a resident alien), to give your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify the TIN you are giving is correct (or you are waiting for a number to be issued),
2. Certify you are not subject to backup withholding, or
3. Claim exemption from backup withholding if you are an exempt payee.

If you are a foreign person, IRS prefers you use a Form W-8 (certificate of foreign status). After December 31, 2000, foreign persons must use an appropriate Form W-8.

**Note:** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**What is backup withholding?** Persons making certain payments to you must withhold and pay to the IRS 31% of such payments under certain conditions. This is called "backup withholding." Payments that may be subject to backup withholding include interest, dividends, broker and barter exchange transactions, rents, royalties, nonemployee pay, and certain payments from fishing boat operators. Real estate transactions are not subject to backup withholding.

If you give the requester your correct TIN, make the proper certifications, and report all your taxable interest and dividends on your tax return, payments you receive will not be subject to backup withholding. Payments you receive will be subject to backup withholding if:

1. You do not furnish your TIN to the requester, or
2. You do not certify your TIN when required (see the Part III instructions on page 2 for details), or
3. The IRS tells the requester that you furnished an incorrect TIN, or
4. The IRS tells you that you are subject to backup withholding because you did not report all your interest and dividends on your tax return (for reportable interest and dividends only), or

5. You do not certify to the requester that you are not subject to backup withholding under 3 above (for reportable interest and dividend accounts opened after 1983 only).

Certain payees and payments are exempt from backup withholding. See the Part II instructions and the separate Instructions for the Requester of Form W-9.

### Penalties

**Failure to furnish TIN.** If you fail to furnish your correct TIN to a requester, you are subject to a penalty of $50 for each such failure unless your failure is due to reasonable cause and not to willful neglect.

**Civil penalty for false information with respect to withholding.** If you make a false statement with no reasonable basis that results in no backup withholding, you are subject to a $500 penalty.

**Criminal penalty for falsifying information.** Willfully falsifying certifications or affirmations may subject you to criminal penalties including fines and/or imprisonment.

**Misuse of TINs.** If the requester discloses or uses TINs in violation of Federal law, the requester may be subject to civil and criminal penalties.

Cat. No. 10231X         Form **W-9** (Rev. 11-99)

RICHARD BLUMENTHAL
ATTORNEY GENERAL



MacKenzie Hall
110 Sherman Street
Hartford, CT 06105-2294

Office of The Attorney General
## State of Connecticut

Tel: (860) 808-5450
Fax: (860) 808-5591

July 29, 2004

Warden James Dzurenda
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

Re:   Thaddeus Taylor #237855
      Settlement of Civil No. 3:02cv229 (DJS)(TPS)

Dear Warden Dzurenda:

Enclosed please find State of Connecticut Check No. 10439449 in the amount of $2,000.00, made payable to inmate Thaddeus Taylor, in settlement of the above civil action.

I have sent a copy of this check to Mr. Taylor and ask that you advise him when this check has been deposited into his inmate account.

Thank you for your help with this matter.

Very truly yours,

Michael J. Lanoue (bjo)
Michael J. Lanoue
Assistant Attorney General

MJL/bjo
Enc.

Cc:   Thaddeus Taylor #237855



**RICHARD BLUMENTHAL**
ATTORNEY GENERAL

MacKenzie Hall
110 Sherman Street
Hartford, CT 06105-2294

Office of The Attorney General
## State of Connecticut

Tel: (860) 808-5450
Fax: (860) 808-5591

July 29, 2004

Thaddeus Taylor #237855
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

Re:   Settlement of Civil No. 3:02cv229 (DJS)(TPS)

Dear Mr. Taylor:

    Enclosed please find a copy of State of Connecticut Check No. 10439449 in the amount of $2,000.00, made payable to you.

    I have sent the original check to Warden Dzurenda for deposit into your inmate account and have instructed Warden Dzurenda to advise you when this has been completed.

    Thank you.

Very truly yours,

*Michael J. Lanoue (bjo)*

Michael J. Lanoue
Assistant Attorney General

MJL/bjo
Enc.

## State of Connecticut
### Office of the State Comptroller
Hartford, CT 06106-1775

```
OSCM1    10439449   0000067035
THADDEUS TAYLOR
C/O CHESHIRE CORRECTION INSTITUTION
900 HIGHLAND AVE
CHESHIRE, CT  06410
```

|  |  |
|---|---|
| BU | OSCM1 |
| Agency Name | State Comptroller's Office |
| Reference Number | 10439449 |
| Payment Date | 7/24/2004 |
| Payment Amount | 2,000.00 |

| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Taken | Net Amount |
|---|---|---|---|---|---|
| Civil No. 3:02CV229 (DJS)(TPS) | 7/7/2004 | 00006069 | 2,000.00 | 0.00 | 2,000.00 |

If additional information is required, please call State Comptroller's Office at (860)702-3330

---

**THIS CHECK IS BLUE. THE BACK CONTAINS A STATE SEAL WATERMARK. HOLD AT AN ANGLE TO VERIFY.**

CO-205 (NEW 9-99)

**Office of the State Comptroller
to the
State Treasurer**

51-80 / 111

BUSINESS UNIT   AGENCY NAME
OSCM1           STATE COMPTROLLER'S OFFICE

VENDOR CHECK NO.   10439449

**PAYMENT AMOUNT**
TWO THOUSAND DOLLARS NO CENTS

FLEET BANK
Hartford, CT  06110

Payment Date          Payment Amount
07/24/2004            $2,000.00

**PAY TO THE ORDER OF**
THADDEUS TAYLOR

NOT VALID UNLESS SIGNED BY BOTH
STATE COMPTROLLER AND STATE TREASURER

NANCY WYMAN                      DENISE L. NAPPIER
COMPTROLLER - STATE OF CONNECTICUT   TREASURER - STATE OF CONNECTICUT

⑈10439449⑈ ⑆011100805⑆ 57437888⑈

*VOID VOID VOID (overlay watermark across check)*

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 17th day of August 2004:

Thaddeus Taylor #237855
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

_____
Michael J. Lanoue
Assistant Attorney General