United States District Court
District of Connecticut

Thaddeus Taylor :  Case No. 3:02 CV 229 (DJS)

                         2004 AUG 18 P 3:26

v. :  U.S. DISTRICT COURT

John Armstrong, et al : August 10, 2004

### PLAINTIFF'S OBJECTION TO DEF.'S MOTION FOR SECURITY COSTS

The Plaintiff Thaddeus Taylor, in the above captioned case respectfully files his objection to the Defendants' motion for Security Costs. First, the Plaintiff respectfully submits that although Attorney Steven Strom is a named Defendant in the above captioned matter— he have not filed a 'pro se' Appearance in this matter— thus he is not authorized to file any pleadings in this case... Accordingly, the motion for Security Costs should be denied.

Secondly, the Plaintiff have settled the above matter and as part of the settlement agreement the defendants have waived such costs... (Although, the Plaintiff have not Actual received any money to date...)

—1—

Lastly, the Plaintiff respectfully submits that he is an "indigent person" and have so been qualified as such status by the Federal Court(s) in his related civil matters.

Accordingly, the defendants motion for Security Cost(s) should be denied for all the above reasons.

Wherefore it is so moved.

Respectfully Submitted

Thaddeus Taylor #237855
Cheshire CI
900 Highland Ave
Cheshire, CT 06410

Certificate of Service

I certify that a copy of this motion was mailed to AAG Micheal Lanoue, Attorney General Office, 110 Sherman Street, Hartford CT 06105 on this 10th day of August, 2004. Postage Pre Paid.

Thaddeus Taylor #237855

- 2 -